IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTIN W. JONES,** | : | Civil Action No. 19-CV-4678 |
| | : | |
| **Plaintiff** | : | **JURY TRIAL DEMANDED** |
| **v.** | : | |
| | : | |
| **FRANK NAJERO and** | : | |
| **JOSHUA MALLERY,** | : | |
| | : | |
| **Defendants** | : | |

### DEFENDANT, JOSHUA MALLERY'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

1. On or about November 7, 2017 a cell phone owned by Plaintiff, ZTE Model Z717VL was seized following Plaintiff's arrest on that date by Defendant Najera. (See Najera 003 -004 as attached to Najera's Motion for Summary Judgment and attached hereto).

2. Plaintiff's cellphone remained in the Custody of the Lehigh County Drug Task Force. (See Najera 036 as attached to Najera's Motion for Summary Judgment and attached hereto).

3. Defendant Mallery requested Defendant Najera's assistance with obtaining Plaintiff's consent authorizing a search of the cellphone. (See Najera 036 as attached to Najera's Motion for Summary Judgment and attached hereto; Docket Document 70, p 35).

4. On January 10, 2018 Plaintiff travelled to Upper Saucon Police Headquarters and met with Defendant Najera and executed a consent form authorizing a search of the cellphone. (See

Najera 036, 038 as attached to Najera's Motion for Summary Judgment and attached hereto).

5. A true and correct copy of the written consent form signed by Plaintiff on the morning of January 10, 2018 is attached hereto. (See Najera 038, as attached to Najera's Motion for Summary Judgment and attached hereto).

6. Following Plaintiff's signing of the consent form, Defendant Najera delivered Plaintiff's cellphone to the David M Petzold Digital Forensics Laboratory of Lehigh County and where the data contained on the cellphone and the cellphone SD card were extracted. (See Najera 037 as attached to Najera's Motion for Summary Judgment and attached hereto; Docket Document 70, pp. 22 – 33).

7. Defendant Mallery was provided a copy of the cellphone extraction report. (Docket Document 70, p 41).

8. There was no other cellphone searched or cellphone extraction obtained regarding Plaintiff.

9. Plaintiff voluntarily consented to the January 10, 2018 search and extraction of data from his cellphone and cellphone SD card.

10. Moving Defendant's report, dated March 12, 2018 report clearly and unambiguously states "(O)n February 20, 2018 I received a copy of **a** phone extraction from Upper Saucon Detective, Frank Najera **a** cell phone belonging to Martin Jones. I copied the extraction and placed it on file with this case file." (emphasis added).

11. Moving Defendant never "searched" Plaintiff's phone. He clearly received the extractions from Defendant Najera.

                    Respectfully submitted,

                    **BUCKS COUNTY LAW DEPARTMENT**

                    */s/ Keith J. Bidlingmaier*

                    Keith J. Bidlingmaier, Esquire
                    Assistant County Solicitor
                    PA. Attorney I.D. No. 87776
                    East Court Street,
                    5th floor Doylestown, PA
                    215-348-6464
                    Attorney for Joshua Mallery

Dated:  December 13, 2021

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within Statement of Undisputed Facts in Support of Summary Judgment was electronically filed with the Court on December 13, 2021 and is available for viewing and downloading from the ECF System. The following counsel of record were served via electronic notification:

Paul G. Lees, Esquire
ID No. PA 68886
4905 W. Tilghman Street, Suite 300
Allentown, PA 18104
Attorney for Defendant

I hereby certify that a true and correct copy of the foregoing Statement of Undisputed Facts in Support of Summary Judgment was served upon the following persons via first class mail, postage prepaid, addressed as follows:

Martin W. Jones
NN-4778
SCI-Camp Hill
PO Box 8837
2500 Lisburn Rd
Camp Hill, PA 17001

**BUCKS COUNTY LAW DEPARTMENT**

*/s/ Keith J. Bidlingmaier*

Keith J. Bidlingmaier, Esquire
Assistant County Solicitor
PA. Attorney I.D. No. 87776
East Court Street,
5th floor Doylestown, PA
215-348-6464
Attorney for Joshua Mallery

Dated: December 13, 2021

# UPPER SAUCON TOWNSHIP PD
## Incident Report Form

US-17-05034
11/08/2017
**Assist Agency**

**COMMENTS / NARRATIVES**

Title
118

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| ROGER MILLER | 11/08/2017 | ROGER MILLER | 11/08/2017 |

Approved By / On

Detective F. Najera USPD #12 requested marked patrol Units stop a black Chrysler Coupe PA: JPH-6844, operated by wanted person Martin Jones. He was listed for a failure to appear violation in J-Net from District Court 31-3-03. Mr. Jones also was in the area of a known drug exchange block.

I Sgt. R. Miller stopped Jones after checking Penn Dot records while following the vehicle confirming as registered to the same. Upon contact, I requested Jones show his hands at the driver widow placing them out of the door. I handcuffed him from the vehicle for safety with exiting cuffing extraction. As I placed one cuff on him to his right hand, he reached to the front area of his body with the left hand not in my view now. I immediately corrected his action verbally and he put his hand back to cuff. However, he is seen trying to access his right shirt breast pocket in the car camera. Just after cuffing I checked him for weapons, I immediately saw a vinyl purse type bag hand size in his left front pocket containing glass pipes commonly used to smoke methamphetamine. I told him I saw the methamphetamine pipes. He said he found them and they are not his.

Detective Najera resumed the control of Jones and conducted a drug investigation. He ultimately was charged with drug paraphernalia and sent to Lehigh County Central Booking under the a no known current address drug charge / wanted person hit. His car was towed by Grant's Automotive for safety.

Arrest DTF by FNJE

# UPPER SAUCON TOWNSHIP POLICE DEPARTMENT
## PRISONER DETENTION RECORD

LOG #: US-17-0509  DATE: 11/7/2017  ARRESTING OFFICER: F. Najera #12
NAME: Martin William Jones  DOB: [REDACTED]  ASSISTING OFFICER: R. Miller Sgt #9
ARREST INFORMATION (CHARGES): Title 35 Act 64   K. Williamson #29

### CELL BLOCK & TEMPORARY HOLDING RECORD

HOLDING AREA: ☐ CELL #1  ☒ CELL #2  ☐ CELL #3  ☐ BOOKING AREA (BA)  ☐ INTERVIEW ROOM (IR)

TWENTY-MINUTE CHECKS OF CELL & HOLDING AREA (RECORD INITIALS & TIME)

| :20 | :40 | 1:00 | 1:20 | 1:40 | 2:00 | 2:20 | 2:40 | 3:00 | 3:20 | 3:40 | 4:00 | 4:20 | 4:40 | 5:00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KN 2320 | KN | N | MN | N | N | MN 0140 | | | | | | | | |

PHONE CALL: ___  TIME: ___  FOOD/DRINK: WATER  TIME: 1.5 hrs.

LOCATION: USPD HQ  LOCATION: ___  LOCATION: ___  LOCATION: ___
TIME IN: 2315  TIME IN: ___  TIME IN: ___  TIME IN: ___
TIME OUT: ___  TIME OUT: ___  TIME OUT: ___  TIME OUT: ___
REASON: ___  REASON: ___  REASON: ___  REASON: ___

VIDEO MONITORING: ☒YES ☐NO   OFFICER(S) WEAPONS SECURED: ☐YES ☒NO (Solo)
HOLDING AREA CHECKED FOR CONTRABAND PRIOR TO PRISONER: ☒YES ☐NO   POST PRISONER: ☒YES ☐NO
DETAINEE IN TEMPORARY HOLDING AREA PHYSICALLY ATTENDED: ☒YES ☐NO

### PRISONER PROPERTY INVENTORY RECORD

INSTRUCTIONS: Please print clearly. Fill out completely. Enter N/A or draw a line through blocks not needed. Upon release, offer copy to detainee & forward original to records. Use reverse side if more space is needed.

1. (9x) 1.00 bills
2. (5x) 20.00 bills
3. (2x) 5.00 bills
4. Assorted Coins
5. Wallet / Assorted Cards
6. Phone cellular
7. Screw driver
8. Butane
9. (2x) Massagers
10. Sockets
11. Gift Card
12. Hat - cloth
13. Small Flashlight
14. Keys
15. Handcuff key Seized

Methamphetamine / ~~Paraphernalia~~ pouch

STORAGE OF PRISONER PROPERTY IN TEMPORARY PRISONER PROPERTY LOCKER
TIME PLACED IN LOCKER: 2320  VERIFYING DETAINEE SIGNATURE: Kyle Wil... #29

### RELEASE OF PRISONER PROPERTY
TIME REMOVED FROM LOCKER: 0235  DATE/TIME PROPERTY RELEASED: 11/8/17 Kyle Wil...
DETAINEE SIGNATURE or SIGNATURE OF TRANSFER FACILITY PERSONNEL: [signature]
- Yellow items to jail

### MEDICAL EVALUATION (EXPLAIN ABNORMALTIES IN SUPPLEMENTAL REPORT)

| CURRENT HEALTH | ☒ NORMAL ☐ ILL ☐ INJURED ☒ COMPLAINS OF PAIN (Hips) ☐ OTHER: |
|---|---|
| BEHAVIOR (STATE OF CONSCIOUSNESS OR MENTAL STATUS) | ☒ NORMAL ☐ DISORIENTED ☐ CONFUSED ☐ WITHDRAWN ☐ INTOXICATED ☐ VIOLENT ☐ OTHER: Possibly Narcotic use prior to contact |
| BODY DEFORMITIES, TRAUMA MARKINGS, BRUISES, ETC. | ☐ NONE ☒ LIST: Numerous Tattoos |
| MEDICATIONS | ☒ NONE ☐ LIST: |

Form 138 Revised February 25, 2011

NAJERA 004

# Upper Saucon Police Department
## Incident Report Form

US-18-00159
01/10/2018
Assist Agency

**COMMENTS / NARRATIVES**

Title
### INVESTIGATIVE REPORT

| Narrative Created By / Creation Date | | Narrative Updated By / Update On | |
|---|---|---|---|
| FRANCISCO NAJERA | 01/10/2018 | FRANCISCO NAJERA | 01/10/2018 |

Narrative Approved By / Approved Date

**DATE:** 10JAN2018

**SUSPECT(S):** Martin W. JONES

**SUBJECT:** Agency Assist / Cellphone Download

Bucks County Detective Joshua MALLERY requested that I obtain consent from Martin W. JONES for the download of his cellphone. JONES's cellphone was in the custody of the Lehigh County Drug Task Force as a result of his Title 35 arrest.

I met with JONES this morning and obtained written consent (for the cellphone download) and advised him that his phone will be available for pickup at USPD headquarters.

**NOTE(S):** JONES' cellphone did not have a "hold" on it. It had been at DTF headquarters as a result of his November 8, 2017 arrest. JONES had requested that his phone be returned and I obtained the phone from DTF evidence and was holding it until JONES's arrival. He has since expressed a desire to cooperate with authorities in furthering a narcotics investigation and I referred him to MALLERY. As a result, MALLERY requested that the cellphone be downloaded.

The cellphone was downloaded at the David M. Petzold Digital Forensics Laboratory of Lehigh County and was assigned case number CF-18-00006.

US-18-00159   01/10/2018   ☐ APPROVED BY:
IRF 1.6                       APPROVED ON:

PAGE 2

NAJERA 036

| PART I | SUBMITTED TO | LC DCL(1-2014) | LEHIGH COUNTY<br>REQUEST FOR FORENSIC ANALYSIS |
|---|---|---|---|

**TYPE OF ANALYSIS**

- [x] CELL PHONE
- [ ] COMPUTER
- [ ] GPS UNIT
- [ ] CAMERA
- [ ] GAME CONSOLE
- [ ] EXTERNAL MEDIA
- [ ] OTHER/HAND HELD DEVICE
- [ ] VIDEO/AUDIO
- [ ] ALL OTHER

LAB NUMBER: CF-18-00006

1. SUBMIT REPORT TO (INVESTIGATING AGENCY'S NAME AND ADDRESS)

2. INVESTIGATOR'S NAME, RANK, BADGE NO. (TYPE/PRINT): DET. FRANK NAJERA / #012
   TELEPHONE NO.: 610/282.3064
   EMAIL ADDRESS: fn12@ustpd.org

3. INCIDENT NO.: US-18-00152
4. SUBSEQUENT SUBMISSION: [ ]
5. PROP. INV. NO.:
6. DATE OCCURRED: 10 JAN 2018
7. OFFENSE: TITLE 35
8. LOCATION (CITY - TWP - BORO): UPPER SAUCON TOWNSHIP
9. COUNTY: LEHIGH
10. VICTIM: CWPA
11. ACCUSED/SUSPECT NAME: MARTIN JONES
    [x] ACCUSED  [ ] SUSPECT  [ ] WITNESS

**PART II - EVIDENCE INFORMATION**

| 12. PROP. INV. ITEM NO. | 13. DESCRIPTION |
|---|---|
| 1 | ZTE CELLPHONE  S/N: 329F66835073 |

14. REMARKS/ADDITIONAL INFORMATION

**PART III - CHAIN OF CUSTODY**

| 15. ITEM(S) TRANSFERRED | 16. DATE / 17. TIME | 18. RELINQUISHED BY / 19. RECEIVED BY |
|---|---|---|
| 1 | 1/10/18  0915 | L. Sickels / Laura Sickels |
| 1 | 1/10/18  1430 | L. Sickels / Laura Sickels |

LABORATORY

NAJERA 037



**Upper Saucon Township Police Department**
5500 Camp Meeting Road
Center Valley PA 18034
610-282-3064

DSC# US-18-00152

## CONSENT TO SEARCH COMPUTER AND ELECTRONIC MEDIA

I, __MARTIN JONES__, hereby authorize the Officers of the Upper Saucon Police Department and any other persons so designated by the department to search the premises located at: __N/A__ and conduct a complete search of my computer(s), serial number(s), __ZTE MODEL Z717VL S/N: 329F66835073__ with other identifiers, and any electronic storage devices and all removable computer media devices and peripherals associated with my referenced computer(s). A bit stream copy of any and all devices may be made, for further analysis, retrieved from the complete search of any and all information obtained or derived from the search. The search is to include all areas of the hard drive, and removable media, whether password protected or encrypted, including but not limited to, hidden partions, directories, and files, erased files, deleted files, files marked for deletion, slack space, and unallocated space on the drive and other electronic storage devices and media.

I further authorize the above members of the Upper Saucon Police Department to remove, take with them, retain custody over and search any property in connection with the copying and/or searching of the information sought by police including but not limited to, referenced computer(s) and all storage devices and removable media(s) associated with described computer(s) and peripherals, provided I am subsequently given a receipt for anything that is removed.

I also affirmatively represent that I am the lawful owner of the above described computer(s) and/or associated property, and I have possession and control over it for the purpose of the this consent search. I give this consent freely and voluntary without fear, threat, coercion, or promise of any kind. I give this consent with full knowledge of my constitutional right to refuse or give my consent for the removal and search of the aforementioned item, a right which I am waiving by signing this consent. I can excercise these rights at any time and my consent can be withdrawn during the search and seizure of these items.

Date __1/10/18__   Time __0857__

Consenting party's signature __[signature]__

Printed name and date of birth __MARTIN JONES__

Search Conducted by __Najera / Campbell__

Witness's _____

Form 171

NAJERA 038