# TABLE OF CONTENTS

| Pages | Exibits | No. | |
|---|---|---|---|
| 3 | A | 1. | Request For Admission, defendant Mallery |
| 7 | | 2. | Request For Admission, defendant Najera |
| 1 | | 3. | Plaintiffs arrest by defendant Najera, on 11-7-2017 |
| 1 | | 4. | Consent to search 1-10-2018 |
| 1 | | 5. | SUMMARY, Source Extraction and Device information 1-10-2018 |
| 11 | | 6. | The actual Extraction Dated 1-10-2018 |
| 3 | | 7. | SUMMARY-Martin Jones (4400 Old Bethlehem PK. Center Valley, PA. 18034, 484-773-3376, Interview-January 2, 2018 |
| 4 | | 8. | SUMMARY February 13, 2018 |
| 1 | | 9. | SUMMARY Martin Jones cell phone February 20, 2018 |
| 1 | A | 10. | SUMMARY March 15, 2018 |
| 2 | B | 11. | Drug Strike Force Ops Plan, 4-11-2018 |
| 1 | | 12. | DOMESTIC RECORD of RegULARY CONDUCTED ACTIVITY 8-28-2018 |
| 10 | B | 13. | OMNIBUS PRETRIAL MOTION, 8-30-2018 |
| 1 | C | 14. | NAJERA 042 USPD Form 171, Dated 02-21-2020 |
| 1 | | 15. | NAJERA 037 Request for Forensic Analysis |
| 1 | | 16. | Mallery 0001, Summary, Source Extraction, Device information |
| 1 | | 17. | NAJERA 038, Consent to search form |
| 3 | | 18. | NAJERA 036, 35, and 42 |
| 1 | | 19. | NAJERA 003 |
| 1 | | 20. | NAJERA 039 |
| 3 | | 21. | NAJERA 038, Mallery Exibit B and Document filed 05-15-20, page 41-41 |
| 1 | C | 22. | Mallery 000210, Mallery's Exibit A, 11-5-2021 |
| 2 | D | 23. | NAJERA 019- NAJERA 004 |
| 50 | | 24. | Interogatories, Mallery and Najera |

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

Martin W. Jones, plaintiff          Civil Action No. 19-cv- 4678
V.

Frank Najero and
Joshua Mallery, Defendants

PLAINTIFF'S STATEMENT OF DISPUTED
FACTUAL ISSUES & DECLARATION OPPOSITION
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant's have moved for summary judgment on the
plaintiff's claim concerning search of plaintiff's cell phone's.
Pursuant to Local Rules of this Court, the plaintiff submits the
following list of genuine issues of material fact that require the
denial of defendant's motion. For Summary Judgment.

1. On November 7, 2017 defendant Najera took 2 cell phones,
SEE: Table of Contents; No. 3.

2. SEE: Table of Contents; NO. 23, NAJERA 004, Document 73-2,
Prisoner Property Inventory Record, number 6, phone cellular, for plaintiff

3. SEE: Table of Contents; No. 23, Amanda L. Greiser, Prisoner
Property Inventory Record, numbers 1 thru 15, No cellular phone in
Amanda L. Greisers property,

4. Defendant Najera had a second cell phone cell phone he
took from Amanda L. Greiser on 11-7-2017, that was registed to
plaintiff Jones, Am and L. Greiser was using it,

5. SEE: Table of Contents; No. 1, This came from Request For
Admission from defendant Mallery, number 9 question "Qvote"

Please admit that the second phone was never extracted after it was determined that it belonged to Amanda L. Greiser." Defendant's had to go into that cell phone too, because that phone was rigistered to plaintiff.

6. SEE! Table of Contents; No. 8, page 3 of 4, second paragraph, defendant Mallery referenced 12 times in 1 paragraph 2 cell phones, plainly and cleary.

7. SEE! Table of Contents; No 9, in paragraph 2, 3, and 4, the information in those paragraph's were on the missing cell phone and not on the one defendant's did the extraction on, SEE! Table of Contents; No. 6, that information is not in that extraction.

8. SEE; Table of Contents; No.10, the New York and Las Vegas adress's, phone numbers and names, was on the second cell phone, not the one they did the extraction on.

9. SEE; Table of Contents; No. 7, paragraph 4, states about a third cell phone in defendant Najeras possession.

10. SEE; Table of Contents; No.19, defendant Najera took control of Jones and Conducted a drug investigation. "Quote" on 11-08-2017.

11. SEE; Table of Contents; No.6, the actual Extraction dated 1-10-2018. On 1-1-2018 on cell phone extraction proves the defendant's were already in plaintiffs 1 cell phone, not only on 1-10-2018, like defendant's are claiming. That phone was in defendant Najeras possession from 11-7-2017 to 1-10-2018.

12. SEE; Table of Contents; No.6, page 1 of 11, "Quote" "Sms message (181) number 1 message, Folder, Drafts: Party, Direction Outgoing; Time, 1-1-2018, 2:34:23, Pm (UTC-5), Status, Unsent; Message Guy; Delete, Yes! That was number 1 message, number 2

2

message was plaintiffs lost message on the evening of his arrest on 11-7-2017, That cell phone was in defendants Najera possession from 11-7-2017 to 1-10-2018,

13, In a discovery request to defendant's about 11-9-2021 plaintiff requested date and time for work on 1-1-2018, and what they were doing at exactly Time 2:34:23 PM on 1-1-2018, Have not recieved the information as of 2-11-2022.

14, SEE! Table of Contents: No, 24, defendant's has not responded to plaintiffs interrogatories, was sent around 11-15-2021 as of 2-11-2022 no response,

15, SEE! Table of Contents: No, 15, the DSC# US-18-00152 was wrong on Lehigh County, Request For Forensic Analysis, Lab Number CF-18-00006, the DSC# US-00159 was not on the proper form making it defective. And the only reason it was not changed by defendant Najera, was at the bottom of the Form "Chain of Custody" Signatures. Couldn't be transferred,

16, SEE! Table of Contents: No, 16, Mallery 000001, Summary, Source, Extraction, Device information, was labed "Case number" US-18-00152 and "Case name" CF-18-00006.

17, SEE! Table of Contents: No, 17, Form 171, Contains the wrong "Case number" and the wrong "Case name" and no Witness Signature or plaintiffs birthdate,

18, where is "Case number" US-18-00152, it was not in defendant Najeras criminal discovery on plaintiff Jones which was a discovery request,

19, SEE! Table of Contents: No, 14, defendant Najera did not Know that DSC# US-18-00152 Was wrong until 2-21-2020,

3

that is 2 years later.

20. SEE: Table of Contents; No. 15, No. 16, No. 17, and No. 18 are all documents defendant Najera had the wrong DSC number on. Then fabricated these documents trying to fix his error, with the right DSC# US-18-00159. The date on these documents was 1-10-2018.

21. SEE: Table of Contents; No. 20, defendant Najera hand wrote the DSC# US-18-00159 on document dated 1-2-2018.

22. SEE: Table of Contents; No. 21, defendant Mallery filed on 05-15-20, Document 16, page 41 of 41, slightly shaded out, trying to hide bottom left corner.

23. SEE: Table of Contents; No. 21, Exibit B, from defendant Mallery, sent to plaintiff on 11-5-2021, look at the bottom left corner completely blacked out.

24. SEE: Table of Contents; No. 21, NAJERA 038, recieved in a criminal discovery from defendant Najera on 11-5-2021, Completely clear, not like defendant Mallery produced twice as a sham.

25. Plaintiff Jones is disputing, Consent to search form as defective and a Sham by defendant Mallery and Najera.

26. SEE: Table of Contents; No. 18, NAJERA 036, paragraph 1, Bucks County Detective Joshua Mallery requested that I obtain consent from Martin Jones for the download of his cell phone, "Quote". From the last sentence proves they already been in the cell phone's and extraction, And paragraph 2 (for the cell phone download). "Quote".

27. SEE: Table of Contents; No. 11, on 4-11-2018, Drug Strike Force OpS Plan. The ops plan just backs up that what defendant Mallery used the two cell phone's to obtain a warrant for plaintiff Jones.

4

28, SEE: Table of Contents; No.13, on 8-30-2018 in a Omnibus Pretrial Motion, paragraph 28, through the testimony of the co-defendants with supporting DOCUMENTS provided by detective Joshua Mallery and Frank Najera."Quote" paragraph 32, Finally, the Commonwealth believes and therefore, avers that the afore mentioned evidence is essential to complete the story of the crime on trial by providing its immediate contex of happening near in time and place. Without the above described evidence the Commonwealth will not be able to present a full contex for the defendants actions and motivations for the jury's consideration." Quote"

DATE: 2-13-2022

Martin W Jones
Martin W. Jones-NN4778

Smart Communications/PA, DOC
Sci-Camphill
Martin W. Jones-NN4778
Po Box 33028
St. Petersburg, FL,
33733

EXIBIT

A

NO. 1 THRU 10

33 pages

belonged to Amanda Greiser.

_____Admit                          ✓ Deny

10. Admit that the document found at document bates stamped Mallery 000003 contains your

signature. (consent form attached hereto as Exhibit "B").

_____Admit                          _____Deny

I want to talk to the Judge or a Lawyer

BUCKS COUNTY LAW DEPARTMENT

BY: /s/ Keith J. Bidlingmaier, Esquire
KEITH J. BIDLINGMAIER, ESQUIRE
COUNTY OF BUCKS ASST. SOLICITOR
Attorney I.D. No. 87776
55 East Court Street
Doylestown, PA 18901
215-348-6464
kjbidlingmaier@buckscounty.org
*Attorney for Joshua Mallery*

11/5/21

Detective Najera (and Lehigh Drug Task Force member at the time).

_____ Admit          ?                    _____ Deny

4.  Please admit that a second phone, belonging to Amanda Greiser, who was also arrested with you on November 7, 2017, was seized by the same Detective.

_____ Admit                              _____ Deny

5.  Please admit that Detective Najera held both phones as evidence after your arrest.

_____ Admit                              _____ Deny

6.  Please admit that on January 10, 2018, after you were released from jail, you went to the Upper Saucon Police Department.

_____ Admit                              _____ Deny

7.  Please admit that on January 10, 2018 you gave written consent to search your cell phone, identified as ZTE Model Z717VL, as evidence by the document set provided to you at document bates stamped Mallery 000003 and also attached hereto as Exhibit "B".

_____ Admit                    _____ Deny

I want to talk to the Judge or a Lawyer

8.  Please admit that Detective Najera conducted the extraction of your phone.

_____ Admit                              _____ Deny

9.  Please admit that the second phone was never extracted after it was determined that it

schedules, diaries, calendars, logs, time records, equipment records, microfilms, transcripts, recordings, tapes, telexes, telegrams, files, proposals, bids, offers, contracts, agreements, change orders, worksheets, drawings, blue prints, designs, specifications, time cards, compilations, graphs, charts, bills, statements, invoices, receipts, bills of lading, shipping records, confirmations, applications, purchase orders, checks, checkbooks and other checking records, photographs, formulae, prescriptions, studies, projections, reports, computer programs, information contained in computer banks, tapes, cards, printouts and drafts to the extent they differ from the originals, and all other records and papers of any nature whatsoever.

3.      Any reference to a specifically named person, corporation or other entity and any reference generally to "person" shall include the employees, agents, representatives and other persons acting on behalf thereof or through whom the referenced person acts. The term "person" means and includes natural persons, corporations, partnerships, joint ventures, sole proprietorships, associations, trusts, estates, firms and any other entity.

4.      As used herein, "Defendant" means, unless otherwise indicated, Joshua Mallery.

5.      As used herein, "Plaintiff ", shall be deemed to include Martin Jones.

## REQUESTS FOR ADMISSION

1.  Please admit, based upon the report set forth in document bates stamped Mallery 000210, and attached as Exhibit "A" that Joshua Mallery, on February 20, 2018, received a cell phone extraction from Defendant Najera.

_____Admit                                _____Deny

I want to talk to the Judge or a Lawyer

2.  Please admit that, upon reading the report located at document bates stamped Mallery 000210, and attached as Exhibit "A," Defendant Mallery did not search or extract the contents of your cell phone.

_____Admit                           √ Deny

3.  Admit that **one** phone belonging to you, Martin Jones, was seized by Upper Saucon

## REQUESTS FOR ADMISSIONS

**Request for Admission No. 1:** Admit that on or about November 7, 2017 a single cell phone which you owned, ZTE Model Z717VL was seized following plaintiff's arrest on that date.

ANSWER: Deny

**Interrogatory No. 1:** If your response to the foregoing is anything other than an unqualified admission, identify specifically and in complete detail any and all grounds for Your denial and/or qualification.

ANSWER:   SEE Attached

**Request for Production No. 1:** If your response to the foregoing is anything other than an unqualified admission, produce all documents reflecting or providing the basis for your response.

ANSWER:  SEE Attached

**Request for Admission No. 2:** Admit that the ZTE cell phone Model Z717VL was the only cell phone which you owned and which was seized on November 7, 2017.

ANSWER: Deny

**Interrogatory No. 2:** If your response to the foregoing is anything other than an unqualified admission, identify specifically and in complete detail any and all grounds for Your denial and/or qualification.

ANSWER: SEE Attached

**Request for Production No. 2:** If your response to the foregoing is anything other than an unqualified admission, produce all documents reflecting or providing the basis for your response.

ANSWER: SEE Attached

**Request for Admission No. 3:** Admit that on January 10, 2018 you appeared at the Upper

Saucon Police Department and met with defendant Detective Najera.

ANSWER: Admit

**Interrogatory No. 3:** If your response to the foregoing is anything other than an unqualified admission,

identify specifically and in complete detail any and all grounds for Your denial and/or qualification.

ANSWER: SEE Attached

**Request for Production No. 3:** If your response to the foregoing is anything other than an unqualified

admission, produce all documents reflecting or providing the basis for your response.

ANSWER: SEE Attached

2

**Request for Admission No. 4:** Admit that on January 10, 2018 you were asked to consent to a search of your cell phone by Detective Najera.

ANSWER:   I want to talk to the Judge or a Lawyer

**Interrogatory No. 4:** If your response to the foregoing is anything other than an unqualified admission, identify specifically and in complete detail any and all grounds for Your denial and/or qualification.

ANSWER: SEE Attached

**Request for Production No. 4:** If your response to the foregoing is anything other than an unqualified admission, produce all documents reflecting or providing the basis for your response.

ANSWER: SEE Attached

2

**Request for Admission No. 5:** Admit that on January 10, 2018 you provided written consent to search your cell phone.

ANSWER: I want to talk to a Judge or a Lawyer

**Interrogatory No. 5:** If your response to the foregoing is anything other than an unqualified admission, identify specifically and in complete detail any and all grounds for Your denial and/or qualification.

ANSWER: SEE Attached

**Request for Production No. 5:** If your response to the foregoing is anything other than an unqualified admission, produce all documents reflecting or providing the basis for your response.

ANSWER: SEE Attached

Ref: 3204904 pg 11 of 58 for MARTIN JONES

**Request for Admission No. 6:** Admit that on January 10, 2018, at approximately 8:57 A.M. you

signed the consent to search form attached hereto and marked as Exhibit "A"

ANSWER: I want to talk to a Judge or a Lawyer

**Interrogatory No. 6:** If your response to the foregoing is anything other than an unqualified admission,

identify specifically and in complete detail any and all grounds for Your denial and/or qualification.

ANSWER: SEE Attached

**Request for Production No. 6:** If your response to the foregoing is anything other than an unqualified

admission, produce all documents reflecting or providing the basis for your response.

ANSWER: SEE Attached

**Request for Admission No. 7:** Admit that it was only after you provided consent to Detective

Najera on January 10, 2018 that the contents of your cell phone - ZTE cell phone Model Z717VL

- was searched and an extraction performed at the David M. Petzold Digital Forensics

Laboratory.

ANSWER: *I want to talk to a Judge or a Lawyer*

**Interrogatory No. 7:** If your response to the foregoing is anything other than an unqualified admission,

identify specifically and in complete detail any and all grounds for Your denial and/or qualification.

ANSWER: *SEE Attached*

**Request for Production No. 7:** If your response to the foregoing is anything other than an unqualified

admission, produce all documents reflecting or providing the basis for your response.

ANSWER: *SEE Attached*

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

Date: November 5, 2021

By:    */s/ Paul G. Lees*

Paul G. Lees, Esquire
Identification No. 68886
4905 W. Tilghman Street, Suite 300
Allentown, PA 18104
(484) 895-2321
(484) 895-2303 (fax)
Email: pglees@mdwcg.com
*Attorneys for Defendant Najera*

Additionally, public dockets from the Court of Common Pleas demonstrate that Jones was arrested by Najera on November 7, 2017 for the use and/or possession of drug paraphernalia. Jones plead guilty on November 15, 2017. *See Commonwealth v. Jones*, Docket No. CP-39-CR-0005920-2017 (Lehigh Cty. Court of Common Pleas). Although it does not appear that this proceeding is implicated by the allegations in Jones's pending Complaint, this conviction has not been vacated or invalidated. (*Id.*)

[3] However, as Jones is a prisoner, he will be obligated to pay the filing fee in installments in accordance with the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(b).

4

3

CF-18-00006



**Upper Saucon Township Police Department**
**5500 Camp Meeting Road**
**Center Valley PA 18034**
**610-282-3064**                             DSC# US-18-00152

## CONSENT TO SEARCH COMPUTER AND ELECTRONIC MEDIA

I, MARTIN JONES , hereby authorize the Officers of
the Upper Saucon Police Department and any other persons so designated by the
department to search the premises located at: N/A
and conduct a complete search of my computer(s), serial number(s),
ZTE MODEL Z717VL S/N: 329F66835073 with other
identifiers, and any other electronic storage devices and all removable computer media
devices and peripherals associated with my referenced computer(s). A bit stream
copy of any and all devices may·be made, for further analysis, retrieved from the
complete search of any and all information obtained or derived from the search. The
search is to include all areas of the hard drive, and removable media, whether
password protected or encrypted, including but not limited to, hidden partions,
directories, and files, erased files, deleted files, files marked for deletion, slack space,
and unallocated space on the drive and other electronic storage devices and media.

I further authorize the above members of the Upper Saucon Police
Department to remove, take with them, retain custody over and search any property in
connection with the copying and/or searching of the information sought by police
including but not limited to, referenced computer(s) and all storage devices and
removable media(s) associated with described computer(s) and peripherals, provided I
am subsequently given a receipt for anything that is removed.

I also affirmatively represent that I am the lawful owner of the above
described computer(s) and/or associated property, and I have possession and control
over it for the purpose of the this consent search. I give this consent freely and
voluntary without fear, threat, coercion, or promise of any kind. I give this consent with
full knowledge of my constitutional right to refuse or give my consent for the removal
and search of the aforementioned item, a right which I am waiving by signing this
consent. I can excercise these rights at any time and my consent can be withdrawn
during the search and seizure of these items.

Date 1/10/18          Time 0857

Consenting party's signature

Printed name and date of birth  MARTIN JONES

Search Conducted by  Najera / Campbell

Witness's

Form 171

NAJERA 038

4

## Summary

| | |
|---|---|
| UFED Physical Analyzer version | 6.5.0.232 |
| Report creation time | 1/10/2018 2:07:11 PM -05:00 |
| Time zone settings (UTC) | (UTC-05:00) New_York (America) |
| Case number | US-18-00152 |
| Case name | CF-18-00006 |
| Evidence number | 1 |
| Examiner name | Campbell |
| Department | Upper Saucon Township Police |
| Location | David M. Petzold Digital Forensics Laboratory of Lehigh County |
| Notes | Physical Extraction of ZTE Z717VL cellphone & SD Card |

## Source Extraction

| Physical | |
|---|---|
| Extraction start date/time | 1/10/2018 9:33:30 AM(UTC-5) |
| Extraction end date/time | 1/10/2018 10:59:33 AM |
| Unit identifier | 295634895 |
| UFED Version | 6.5.0.702 |
| Internal Version | 4.7.7.702 |
| Selected Manufacturer | ZTE CDMA |
| Selected Device Name | Z717VL Citrine |
| Connection Type | Cable No. 100 |
| Extraction Type | Physical |
| Extraction ID | C3C9E522-2699-4ECD-AAE6-A998AFAF5727 |

## Device Information

| Name | Value |
|---|---|
| **Physical** | |
| Bluetooth device name | Z717VL |
| Bluetooth MAC Address | 90:C7:D8:3B:BB:EE |
| Android ID | 983a79318eed1665 |
| Android fingerprint | ZTE/Z717VL/lavender:5.1.1/LMY47V/20160816.052426:user/release-keys |
| Detected Phone Vendor | ZTE |
| OS Version | 5.1.1 |
| Detected Phone Model | Z717VL |
| Phone Activation Time | 10/19/2017 1:36:20 AM(UTC+0) |
| Bluetooth MAC Address | 90:C7:D8:3B:BB:EE |
| Locale language | en |
| Country Name | US |
| Time Zone | America/New_York |
| Mock locations allowed | False |
| Location Services Enabled | True |
| ICCID | 89148000003199477980 |
| IMSI | 310008504505605 |
| Advertising Id | 0777a154-97fc-4941-ae7d-7eb9ba899655 |
| MSISDN | 4847055278 |

Mallery000001          2

5

Searched Items (9)

| # | Timestamp | Source | Value | Deleted |
|---|-----------|--------|-------|---------|
| 1 | 11/5/2017 10:21:29 AM(UTC-5) | Play Store | waze | |
| 2 | 11/5/2017 1:46:13 AM(UTC-4) | Play Store | messenger | |
| 3 | 11/1/2017 11:39:26 PM(UTC-4) | Play Store | my account downloader | |
| 4 | 10/28/2017 8:22:06 PM(UTC-4) | Play Store | android booster | |
| 5 | 10/28/2017 8:21:56 PM(UTC-4) | Play Store | virus scanner | |
| 6 | 10/28/2017 7:32:11 PM(UTC-4) | Play Store | craigslist | |
| 7 | 10/28/2017 7:15:51 PM(UTC-4) | Play Store | free VPN | |
| 8 | 10/24/2017 4:03:03 PM(UTC-4) | Play Store | scanner radio | |
| 9 | 5/4/2017 4:31:04 PM(UTC-4) | Google Maps | 353 State Rte 2040, Feasterville-Trevose, PA 19053 | |

SMS Messages (181)

⚠ * These details are cross-referenced from this device's contacts.

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|--------|-------|------|----------------|--------|---------|---------|
| 1 | Drafts | Direction: Outgoing | 1/1/2018 2:34:23 PM(UTC-5) | | Unsent | Guy | Yes |
| 2 | Sent | To (610) 739-1254 Direction: Outgoing | 11/7/2017 5:46:43 PM(UTC-5) | | Sent | Thank you, I won't tell. Who is she staying with? | |
| 3 | Inbox | From 7024884586 Direction: Incoming | 11/7/2017 5:26:03 PM(UTC-5) | Network: 11/7/2017 5:26:03 PM(UTC-5) | Read | Hey | |
| 4 | Inbox | From 6107391254 Direction: Incoming | 11/7/2017 3:19:08 PM(UTC-5) | Network: 11/7/2017 3:19:07 PM(UTC-5) | Read | DONT TELL JENNY I TEXTED U SHE MIGHT GET MAD AT ME THE ADDRESS IS 939 MAUCH CHUNK ROAD ROOM 2 PALMERTON PA 18071 ACROSS FROM CAR WASH THE RUSTY NAIL INN | |
| 5 | Inbox | From 6107391254 Direction: Incoming | 11/7/2017 3:08:50 PM(UTC-5) | Network: 11/7/2017 3:08:48 PM(UTC-5) | Read | DO NOT SPEED AT ALL GOING THROUGH PALMERTON MAKE SURE ALL YOUR LIGHTS WORK OR THE POLICE WILL STOP YOU HERE THEY ARE PRICKS TERRI JENNS FRIEND | |
| 6 | Sent | To (702) 488-4586 Direction: Outgoing | 11/7/2017 3:17:10 AM(UTC-5) | | Sent | What's up | |
| 7 | Inbox | From 7024884586 Direction: Incoming | 11/6/2017 5:06:53 PM(UTC-5) | Network: 11/6/2017 5:06:14 PM(UTC-5) | Read | Hey Dear it's NOOR | |
| 8 | Inbox | From 5512095416 Direction: Incoming | 11/6/2017 4:48:59 PM(UTC-5) | Network: 11/6/2017 4:48:56 PM(UTC-5) | Read | Martin, you showed an interest in driver opportunities. Call 5512095416 if you are still interested, or you may respond No to Opt Out | |
| 9 | Inbox | From 6103939218 Mike* Direction: Incoming | 11/6/2017 12:22:03 PM(UTC-5) | Network: 11/6/2017 11:27:07 AM(UTC-5) | Read | Are you coming today | |
| 10 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/5/2017 4:51:49 PM(UTC-5) | Network: 11/5/2017 4:51:46 PM(UTC-5) | Read | Be back in 7 mins. Dana is coming for dinner- waiting for her. | |
| 11 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/5/2017 11:34:06 AM(UTC-5) | Network: 11/5/2017 11:34:05 AM(UTC-5) | Read | You know what I mean. Lol my back + this weather= pain | |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Sent | To (667) 706-7286 Becky* Direction: Outgoing | 11/5/2017 11:32:35 AM(UTC-5) | | Sent | I really try not too. I TRY HARD I LMAO |
| 13 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/5/2017 11:30:21 AM(UTC-5) | Network: 11/5/2017 11:30:21 AM(UTC-5) | Read | Was wondering why you'd walk! |
| 14 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/5/2017 11:30:08 AM(UTC-5) | Network: 11/5/2017 11:30:07 AM(UTC-5) | Read | Oh that's right. Hope it went well. |
| 15 | Sent | To (667) 706-7286 Becky* Direction: Outgoing | 11/5/2017 11:21:49 AM(UTC-5) | | Sent | No we took the broken car. Marty had an interview. |
| 16 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/5/2017 11:16:11 AM(UTC-5) | Network: 11/5/2017 11:16:08 AM(UTC-5) | Read | Just wanted you to know I am up. Echo said you guys walked?! |
| 17 | Inbox | From 5512095416 Direction: Incoming | 11/4/2017 6:31:55 PM(UTC-4) | Network: 11/4/2017 6:31:53 PM(UTC-4) | Read | Martin, bring in a paycheck during your free time simply by driving your car! Discover how you can earn up to _550 weekly (Natl. Aug Avg). Call 5512095416! |
| 18 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/4/2017 3:16:26 PM(UTC-4) | Network: 11/4/2017 3:16:24 PM(UTC-4) | Read | ts NOT ok! |
| 19 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/4/2017 3:16:25 PM(UTC-4) | Network: 11/4/2017 3:16:23 PM(UTC-4) | Read | PLEASE come over and get this car outta here. What are you thinking? I thought we made it clear that we didn't want your vehicles stashed at our home?! I |
| 20 | Inbox | From 6103939218 Mike* Direction: Incoming | 11/4/2017 1:46:13 PM(UTC-4) | Network: 11/4/2017 1:46:12 PM(UTC-4) | Read | Jimmy says you do Auto body frame work |
| 21 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/4/2017 10:55:42 AM(UTC-4) | Network: 11/4/2017 10:55:40 AM(UTC-4) | Read | Hope you are up & heading over to get this car out of here |
| 22 | Inbox | From 5512095416 Direction: Incoming | 11/4/2017 10:39:59 AM(UTC-4) | Network: 11/4/2017 10:39:57 AM(UTC-4) | Read | FDJ: Martin, driver chances are open in Center Valley. Make as much as _550 a week (Natl. Aug Avg). Call 5512095416! Respond "NO" to Opt Out. |
| 23 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/4/2017 9:43:42 AM(UTC-4) | Network: 11/4/2017 9:43:40 AM(UTC-4) | Read | Listen the cops are doing circles |
| 24 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/4/2017 6:06:27 AM(UTC-4) | Network: 11/4/2017 6:06:26 AM(UTC-4) | Read | Stop screwing & answer me! Haha! This meal is insane! You are hired! |
| 25 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/3/2017 1:31:20 PM(UTC-4) | Network: 11/3/2017 1:30:33 PM(UTC-4) | Read | Ok |
| 26 | Sent | To (667) 706-7286 Becky* Direction: Outgoing | 11/3/2017 1:16:24 PM(UTC-4) | | Sent | No she got some |
| 27 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/3/2017 12:16:39 PM(UTC-4) | Network: 11/3/2017 12:16:06 PM(UTC-4) | Read | does Amber need cigarettes |
| 28 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/3/2017 12:12:52 PM(UTC-4) | Network: 11/3/2017 12:12:29 PM(UTC-4) | Read | I just talked to Dave and he should be back in 20 minutes as well |
| 29 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/3/2017 12:12:51 PM(UTC-4) | Network: 11/3/2017 12:12:18 PM(UTC-4) | Read | I'm sorry I ran out to get dog food I will be back in like 20 minutes and then I'll have that money that I owe you |

6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 30 | Sent | To (667) 706-7286 Becky* Direction: Outgoing | 11/3/2017 8:47:56 AM(UTC-4) | | Sent | No problem. Yell if you need anything. | |
| 31 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/3/2017 8:47:10 AM(UTC-4) | Network: 11/3/2017 8:46:26 AM(UTC-4) | Read | Wanted to let you know I am laying down for a minute...I'm in a lot of pain. Dave should be back shortly. | |
| 32 | Inbox | From 6677067287 Dave* Direction: Incoming | 11/3/2017 2:30:37 AM(UTC-4) | Network: 11/3/2017 2:30:36 AM(UTC-4) | Read | Just your love | |
| 33 | Sent | To (667) 706-7287 Dave* Direction: Outgoing | 11/3/2017 2:29:55 AM(UTC-4) | | Sent | Thanks be there IN A bit you need anything? | |
| 34 | Inbox | From 6677067287 Dave* Direction: Incoming | 11/3/2017 2:28:32 AM(UTC-4) | Network: 11/3/2017 2:28:31 AM(UTC-4) | Read | Of course | |
| 35 | Inbox | From 6677067287 Dave* Direction: Incoming | 11/3/2017 2:28:14 AM(UTC-4) | Network: 11/3/2017 2:28:13 AM(UTC-4) | Read | Yes | |
| 36 | Sent | To (667) 706-7287 Dave* Direction: Outgoing | 11/3/2017 2:28:07 AM(UTC-4) | | Sent | We have our own soap | |
| 37 | Sent | To (667) 706-7287 Dave* Direction: Outgoing | 11/3/2017 2:21:57 AM(UTC-4) | | Sent | Can we do a couple loads of wash | |
| 38 | Inbox | From 6677067287 Dave* Direction: Incoming | 11/3/2017 2:20:03 AM(UTC-4) | Network: 11/3/2017 2:20:02 AM(UTC-4) | Read | You can come over | |
| 39 | Sent | To (667) 706-7287 Dave* Direction: Outgoing | 11/3/2017 2:19:50 AM(UTC-4) | | Sent | She said she would call when she got back | |
| 40 | Sent | To (667) 706-7287 Dave* Direction: Outgoing | 11/3/2017 2:18:57 AM(UTC-4) | | Sent | We are waiting for Becky to call us to come over. She was going to Danyelles | |
| 41 | Sent | To (667) 706-7287 Dave* Direction: Outgoing | 11/3/2017 2:09:52 AM(UTC-4) | | Sent | At the trailer | |
| 42 | Inbox | From 6677067287 Dave* Direction: Incoming | 11/3/2017 2:08:19 AM(UTC-4) | Network: 11/3/2017 2:08:16 AM(UTC-4) | Read | Where are you | |
| 43 | Sent | To (667) 706-7287 Dave* Direction: Outgoing | 11/2/2017 10:23:44 PM(UTC-4) | | Sent | Dave you | |
| 44 | Drafts | Direction: Outgoing | 11/2/2017 8:30:47 PM(UTC-4) | | Unsent | Dave you | Yes |
| 45 | Sent | To (667) 706-7287 Dave* Direction: Outgoing | 11/2/2017 6:33:44 PM(UTC-4) | | Sent | The squatters there! | |
| 46 | Sent | To (667) 706-7287 Dave* Direction: Outgoing | 11/2/2017 6:33:08 PM(UTC-4) | | Sent | Are you up | |
| 47 | Sent | To (667) 706-7287 Dave* Direction: Outgoing | 11/2/2017 6:32:51 PM(UTC-4) | | Sent | Yes I did | |

6

| | | To/From | Date/Time | Network | Status | Message |
|---|---|---|---|---|---|---|
| 48 | Sent | To (267) 885-8331 Direction: Outgoing | 11/1/2017 8:23:39 PM(UTC-4) | | Sent | What's up |
| 49 | Inbox | From 6677067286 Becky* Direction: Incoming | 11/1/2017 7:14:31 PM(UTC-4) | Network: 11/1/2017 7:14:04 PM(UTC-4) | Read | What's going on? |
| 50 | Inbox | From 23081 Direction: Incoming | 11/1/2017 2:15:33 PM(UTC-4) | Network: 11/1/2017 2:15:20 PM(UTC-4) | Read | TotalWireless: Stop unwanted calls from reaching your phone w/Call Detector App for Android! Download today: http://tw1.calldet.co Data rates apply. STOP to End |
| 51 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/31/2017 9:28:52 PM(UTC-4) | Network: 10/31/2017 8:28:12 PM(UTC-4) | Read | Martin |
| 52 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/31/2017 1:26:01 PM(UTC-4) | Network: 10/31/2017 1:26:00 PM(UTC-4) | Read | Glenys Cabral Jimenez |
| 53 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/31/2017 1:25:48 PM(UTC-4) | Network: 10/31/2017 1:25:48 PM(UTC-4) | Read | Can you do wester union is better or money grams |
| 54 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/31/2017 1:25:26 PM(UTC-4) | Network: 10/31/2017 1:24:54 PM(UTC-4) | Read | You need the address for send the money |
| 55 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/31/2017 1:04:55 PM(UTC-4) | Network: 10/31/2017 1:04:54 PM(UTC-4) | Read | Hey |
| 56 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/31/2017 12:28:11 PM(UTC-4) | Network: 10/31/2017 12:28:10 PM(UTC-4) | Read | Hey |
| 57 | Sent | To (667) 706-7287 Dave* Direction: Outgoing | 10/31/2017 6:53:50 AM(UTC-4) | | Sent | Did u find it |
| 58 | Sent | To (667) 706-7287 Dave* Direction: Outgoing | 10/31/2017 6:43:15 AM(UTC-4) | | Sent | I left the key |
| 59 | Inbox | From 6677067287 Dave* Direction: Incoming | 10/31/2017 6:26:10 AM(UTC-4) | Network: 10/31/2017 6:26:09 AM(UTC-4) | Read | Thanks for leaving the key |
| 60 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/30/2017 11:33:50 PM(UTC-4) | Network: 10/30/2017 11:33:47 PM(UTC-4) | Read | UYS VERY MUCH! |
| 61 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/30/2017 11:33:50 PM(UTC-4) | Network: 10/30/2017 11:33:47 PM(UTC-4) | Read | I think I lost hope of the house ever being clean agsin & that kind gesture got me cleaning my room today, I even steam cleaned the rug...so THANK YOU G |
| 62 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/30/2017 11:33:48 PM(UTC-4) | Network: 10/30/2017 11:33:46 PM(UTC-4) | Read | By the way-I believe I was ignorant & did not thank you & Amanda for cleaning the floors for me! I am extremely grateful that you guys did that for us!!! |
| 63 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/30/2017 5:08:02 PM(UTC-4) | Network: 10/30/2017 5:07:58 PM(UTC-4) | Read | Hello |
| 64 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/29/2017 10:40:40 PM(UTC-4) | Network: 10/29/2017 10:40:39 PM(UTC-4) | Read | If you have the $ could you grab me s pack of cigarettes while you are out. Ifnot8ts ok |
| 65 | Sent | To (702) 482-5798 Glenny ** Direction: Outgoing | 10/29/2017 9:09:45 PM(UTC-4) | | Sent | By accident |

6

| | | From/To | Date/Time | Network | Status | Message |
|---|---|---|---|---|---|---|
| 66 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/29/2017 8:57:41 PM(UTC-4) | Network: 10/29/2017 8:57:39 PM(UTC-4) | Read | You call me |
| 67 | Sent | To +16677067286 Becky* Direction: Outgoing | 10/29/2017 2:16:09 PM(UTC-4) | | Sent | A we uh o |
| 68 | Sent | To (702) 482-5798 Glenny ** Direction: Outgoing | 10/29/2017 3:19:16 AM(UTC-4) | | Sent | Call me |
| 69 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/28/2017 10:17:56 PM(UTC-4) | Network: 10/28/2017 10:17:49 PM(UTC-4) | Read | Just so you know the police drive by here every night around 11:30ish-don't want them to see that car if possible... |
| 70 | Inbox | From 6677067287 Dave* Direction: Incoming | 10/28/2017 5:14:42 AM(UTC-4) | Network: 10/28/2017 5:14:41 AM(UTC-4) | Read | Crystal if you are up text me |
| 71 | Inbox | From 6109724600 Danyell* Direction: Incoming | 10/28/2017 4:03:22 AM(UTC-4) | Network: 10/28/2017 4:03:22 AM(UTC-4) | Read | Call me back |
| 72 | Inbox | From 6109724600 Danyell* Direction: Incoming | 10/28/2017 4:03:09 AM(UTC-4) | Network: 10/28/2017 4:03:08 AM(UTC-4) | Read | Can I use your room? |
| 73 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/27/2017 11:14:46 PM(UTC-4) | | Sent | Call me |
| 74 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/27/2017 4:24:57 PM(UTC-4) | Network: 10/27/2017 4:24:57 PM(UTC-4) | Read | Then on bike |
| 75 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/27/2017 4:24:22 PM(UTC-4) | Network: 10/27/2017 4:24:22 PM(UTC-4) | Read | I'll be here for 30 mins |
| 76 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/27/2017 4:24:03 PM(UTC-4) | Network: 10/27/2017 4:24:03 PM(UTC-4) | Read | Come & get it |
| 77 | Sent | To (667) 706-7286 Becky* Direction: Outgoing | 10/27/2017 4:23:14 PM(UTC-4) | | Sent | Yes I do please |
| 78 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/27/2017 3:59:08 PM(UTC-4) | Network: 10/27/2017 3:59:05 PM(UTC-4) | Read | Do you still need my roasting pan? Let me know, Elise brought it down from the attic |
| 79 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/26/2017 7:26:58 PM(UTC-4) | Network: 10/26/2017 7:26:56 PM(UTC-4) | Read | ha way he get things for work and jeep the Same way. Let me know what you going to do |
| 80 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/26/2017 7:26:57 PM(UTC-4) | Network: 10/26/2017 7:26:56 PM(UTC-4) | Read | I try to give the candy but is impossible I don't have really money and I need to get out of here. To day,I not can do nothing Jerry talk me to get out t |
| 81 | Sent | To 7024825798 Glenny ** Direction: Outgoing | 10/26/2017 4:02:47 PM(UTC-4) | | Sent | Can't talk now. What's up? |
| 82 | Sent | To (610) 972-4600 Danyell* Direction: Outgoing | 10/26/2017 4:51:44 AM(UTC-4) | | Sent | Where do I get towels and a plunger? :-) Thank you |
| 83 | Sent | To (610) 972-4600 Danyell* Direction: | 10/26/2017 4:51:04 AM(UTC-4) | | Sent | What's the WiFi password |

6

| | | From/To | Date/Time | Network | Status | Message | |
|---|---|---|---|---|---|---|---|
| 84 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/26/2017 2:49:05 AM(UTC-4) | Network: 10/25/2017 10:18:17 PM(UTC-4) | Read | Call me | |
| 85 | Sent | To (610) 972-4600 Danyell* Direction: Outgoing | 10/25/2017 7:48:16 PM(UTC-4) | | Sent | Do you have a tampon?And I need to change the sheets on the bed. And I need a plunger, toilet is still clogged. Marty said he has your change. | |
| 86 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/25/2017 7:08:05 PM(UTC-4) | Network: 10/25/2017 7:06:10 PM(UTC-4) | Read | Hey | |
| 87 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/25/2017 3:31:00 PM(UTC-4) | Network: 10/25/2017 3:30:59 PM(UTC-4) | Read | First I go to take you | |
| 88 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/25/2017 3:30:33 PM(UTC-4) | Network: 10/25/2017 3:30:32 PM(UTC-4) | Read | Jerry don't want me here | |
| 89 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/25/2017 3:30:14 PM(UTC-4) | Network: 10/25/2017 3:30:13 PM(UTC-4) | Read | I got to the apartment I need to get my shit and go | |
| 90 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/25/2017 3:29:23 PM(UTC-4) | Network: 10/25/2017 3:29:18 PM(UTC-4) | Read | Sorry I was sick. And the hospital don't me go. My blood sugar was 478 | |
| 91 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/25/2017 3:29:23 PM(UTC-4) | Network: 10/25/2017 3:29:18 PM(UTC-4) | Read | Sorry I was sick. And the hospital don't | Yes |
| 92 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/25/2017 12:56:16 PM(UTC-4) | Network: 10/25/2017 12:56:13 PM(UTC-4) | Read | Leaving here in 5 mins-driving the jeep-figure you can grab tour truck when we're drop me off! | |
| 93 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/25/2017 10:40:19 AM(UTC-4) | | Sent | Ok | |
| 94 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/25/2017 10:19:25 AM(UTC-4) | Network: 10/25/2017 10:19:23 AM(UTC-4) | Read | I call you like una hrs get ready | |
| 95 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/25/2017 10:18:26 AM(UTC-4) | Network: 10/25/2017 10:18:25 AM(UTC-4) | Read | I'm the hospital | |
| 96 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/25/2017 10:18:01 AM(UTC-4) | Network: 10/25/2017 10:17:58 AM(UTC-4) | Read | Is 7o'clock tge office open at 9;I be and my way before I get the I going pick up the mon&hh | |
| 97 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/25/2017 9:32:18 AM(UTC-4) | Network: 10/25/2017 9:31:46 AM(UTC-4) | Read | I told my old man you wanted the truck but he said to leave it here | |
| 98 | Inbox | From 6109724600 Danyell* Direction: Incoming | 10/25/2017 12:49:40 AM(UTC-4) | Network: 10/25/2017 12:49:38 AM(UTC-4) | Read | You ok? Need anything? | |
| 99 | Inbox | From 2678858331 Direction: Incoming | 10/24/2017 6:38:33 PM(UTC-4) | Network: 10/24/2017 6:38:31 PM(UTC-4) | Read | Hey it's nicole call me back | |
| 100 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/24/2017 5:04:17 PM(UTC-4) | Network: 10/24/2017 5:04:16 PM(UTC-4) | Read | There will be 4 of us showing u0 | |
| 101 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/24/2017 5:02:52 PM(UTC-4) | Network: 10/24/2017 5:02:52 PM(UTC-4) | Read | Anotherbody | |

6

| 102 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/24/2017 5:02:41 PM(UTC-4) | Network: 10/24/2017 5:02:39 PM(UTC-4) | Read | We are going to get another buddy...take the toilet out-get her outta trailer | |
|---|---|---|---|---|---|---|---|
| 103 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/24/2017 4:32:02 PM(UTC-4) | Network: 10/24/2017 4:31:58 PM(UTC-4) | Read | My old man isn't getting up-but us girls will get it done-delete messages | |
| 104 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/24/2017 4:30:32 PM(UTC-4) | Network: 10/24/2017 4:30:32 PM(UTC-4) | Read | Can you get out of it? | |
| 105 | Sent | To +16677067286 Becky* Direction: Outgoing | 10/24/2017 4:29:32 PM(UTC-4) | | Sent | No. A sunroof held up by like 6 screws | |
| 106 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/24/2017 4:28:23 PM(UTC-4) | Network: 10/24/2017 4:28:23 PM(UTC-4) | Read | Give us 15 mins-are there windows in the bath? | |
| 107 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/24/2017 4:27:52 PM(UTC-4) | Network: 10/24/2017 4:27:52 PM(UTC-4) | Read | Friend is on here way to help. | |
| 108 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/24/2017 4:27:07 PM(UTC-4) | Network: 10/24/2017 4:27:06 PM(UTC-4) | Read | They weren't there when I left | |
| 109 | Sent | To +16677067286 Becky* Direction: Outgoing | 10/24/2017 4:26:23 PM(UTC-4) | | Sent | Already on it. They will be back before dark with a warrant, I guarantee it. They did not appreciate being told no when they asked to search the trailer. They were sitting out by 309 watching for the Ford to leave. That tells me a search warrant is coming. | |
| 110 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/24/2017 4:22:24 PM(UTC-4) | Network: 10/24/2017 4:22:23 PM(UTC-4) | Read | Tell her to put jeans on & black t-shirt if she has one if not let me know | |
| 111 | Sent | To +16677067286 Becky* Direction: Outgoing | 10/24/2017 4:21:23 PM(UTC-4) | | Sent | Thank you soo much | |
| 112 | Inbox | From 6677067286 Becky* Direction: Incoming | 10/24/2017 4:20:22 PM(UTC-4) | Network: 10/24/2017 4:20:21 PM(UTC-4) | Read | Waking up my old man...waiting for his cuz to help! Did not forget! | |
| 113 | Sent | To +12678318359 Amanda* Direction: Outgoing | 10/23/2017 6:23:25 PM(UTC-4) | | Sent | 18:16 152/110 HR- 112 R- 20 | |
| 114 | Inbox | From 2678318359 Amanda* Direction: Incoming | 10/23/2017 12:46:55 PM(UTC-4) | Network: 10/23/2017 12:46:53 PM(UTC-4) | Read | What are you doing? | |
| 115 | Inbox | From 83851 Direction: Incoming | 10/23/2017 9:33:43 AM(UTC-4) | Network: 10/23/2017 9:33:43 AM(UTC-4) | Read | Sorry CreditFix missed you. If you can call me back now at (412) 226-0325 I have some free time to go over tools and info to help you make the most of (1 of 2) | Yes |
| 116 | Inbox | From 83851 Direction: Incoming | 10/23/2017 9:18:00 AM(UTC-4) | Network: 10/23/2017 9:17:59 AM(UTC-4) | Read | martin, this is CreditFix. I just tried to call you to discuss your credit repair. Call me back at (412) 226-0325? | Yes |
| 117 | Inbox | From 83851 Direction: Incoming | 10/23/2017 9:17:09 AM(UTC-4) | Network: 10/23/2017 9:17:08 AM(UTC-4) | Read | Welcome to Creditfix! 1msg/day.Info: www.creditfix.com.Reply HELP for help. Reply STOP to cancel. Msg&Data Rates May Apply | Yes |
| 118 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/23/2017 7:00:59 AM(UTC-4) | | Sent | I got address ,6 hour drive from me | |
| 119 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/23/2017 6:53:30 AM(UTC-4) | | Sent | Thank u. | |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| 120 | Sent | To<br>+17024825798<br>Glenny **<br>Direction:<br>Outgoing | 10/23/2017<br>6:51:35 AM(UTC-4) | | Sent | I think I was set up by Ashley when she got caught in California with coffee she needed someone to set up she got busted 9/23 and that was Saturday I sent my money the same day Jerry was in hospital with 250 blood pressure I talked to him that day he seamed fine that was Saturday he had my money till Wednesday the 9/26. The weight was 12 ounces it should of been 8 ounces. Than they sent it to Philadelphia than to Pittsburgh and never made it to Lehigh county I think they set me up to help Ashley and to top every off somebody had a accident with my car that I sold him on August 9 the insurance company wants to talk to me real bad I have been a voiding them.that was when he asked me for title and insurance card I would like to know what to tell them.I need to talk to him before talk to them.I don't deserve to be cut off I haven't been out since February 2012. |
| 121 | Sent | To<br>+17024825798<br>Glenny **<br>Direction:<br>Outgoing | 10/23/2017<br>6:27:46 AM(UTC-4) | | Sent | Glenny I'm up set<br>Don't deserve to be cut off |
| 122 | Sent | To<br>+17024825798<br>Glenny **<br>Direction:<br>Outgoing | 10/23/2017<br>6:11:06 AM(UTC-4) | | Sent | A |
| 123 | Inbox | From<br>7024825798<br>Glenny **<br>Direction:<br>Incoming | 10/23/2017<br>8:08:15 AM(UTC-4) | Network:<br>10/23/2017<br>6:08:14 AM(UTC-4) | Read | |
| 124 | Sent | To<br>+17024825798<br>Glenny **<br>Direction:<br>Outgoing | 10/23/2017<br>4:52:46 AM(UTC-4) | | Sent | Can you tell them I'm not a piece of s*** tell Jerry that and there's no reason why I should be cut off because of what happened I can't have my friend and told him what happened I my girlfriend took it for me and it me said she will take them to I'm not a f****** piece of s*** I don't set my friends up |
| 125 | Sent | To<br>+17024825798<br>Glenny **<br>Direction:<br>Outgoing | 10/23/2017<br>3:39:45 AM(UTC-4) | | Sent | Can you tell them I'm not a piece of s*** tell Jerry that and there's no reason why I should be cut off because of what happened I can't have my friend and told him what happened I my girlfriend took it for me and it me said she will take them to I'm not a f****** piece of s*** I don't set my friends up |
| 126 | Inbox | From<br>32665<br>Direction:<br>Incoming | 10/23/2017<br>3:24:40 AM(UTC-4) | Network:<br>10/23/2017<br>3:24:40 AM(UTC-4) | Read | 770345 is your Messenger code to verify your phone number |
| 127 | Inbox | From<br>32665<br>Direction:<br>Incoming | 10/23/2017<br>3:22:08 AM(UTC-4) | Network:<br>10/23/2017<br>3:22:08 AM(UTC-4) | Read | 770345 is your Messenger code to verify your phone number |
| 128 | Inbox | From<br>6677067286<br>Becky*<br>Direction:<br>Incoming | 10/22/2017<br>11:29:53 PM(UTC-4) | Network:<br>10/22/2017<br>11:29:52<br>PM(UTC-4) | Read | Stahley's Bar & Restaurant<br>1826 Hanover Ave, Allentown, PA 18109<br>(610) 433-2468<br><br>https://goo.gl/maps/Aex3WVkvV4q |
| 129 | Inbox | From<br>2878318359<br>Amanda*<br>Direction:<br>Incoming | 10/22/2017<br>6:02:45 PM(UTC-4) | Network:<br>10/22/2017<br>6:02:45 PM(UTC-4) | Read | Ul |
| 130 | Inbox | From<br>7024825798<br>Glenny **<br>Direction:<br>Incoming | 10/22/2017<br>11:56:57 AM(UTC-4) | Network:<br>10/22/2017<br>11:56:55<br>AM(UTC-4) | Read | I not lair to you. Don't do business you they,They still to Gerardo he not leave here |
| 131 | Inbox | From<br>7024825798<br>Glenny **<br>Direction:<br>Incoming | 10/22/2017<br>11:27:19 AM(UTC-4) | Network:<br>10/22/2017<br>11:26:47<br>AM(UTC-4) | Read | Gerardo Torres Gonzalez |
| 132 | Inbox | From<br>7024825798<br>Glenny **<br>Direction:<br>Incoming | 10/22/2017<br>11:22:28 AM(UTC-4) | Network:<br>10/22/2017<br>11:22:20<br>AM(UTC-4) | Read | And Easter |
| 133 | Inbox | From<br>7024825798<br>Glenny **<br>Direction:<br>Incoming | 10/22/2017<br>11:22:27 AM(UTC-4) | Network:<br>10/22/2017<br>11:21:55<br>AM(UTC-4) | Read | Dessert Inn |
| 134 | Inbox | From<br>7024825798<br>Glenny **<br>Direction:<br>Incoming | 10/22/2017<br>11:18:20 AM(UTC-4) | Network:<br>10/22/2017<br>11:18:20<br>AM(UTC-4) | Read | I fall sleep |
| 135 | Sent | To<br>+17024825798<br>Glenny ** | 10/22/2017<br>8:57:02 AM(UTC-4) | | Sent | I need Haroldo"s name he used for prison |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 136 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/22/2017 8:51:59 AM(UTC-4) | Network: 10/22/2017 8:51:57 AM(UTC-4) | Read | For who? |
| 137 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/22/2017 8:51:58 AM(UTC-4) | Network: 10/22/2017 8:51:57 AM(UTC-4) | Read | Yes |
| 138 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/22/2017 8:51:50 AM(UTC-4) | | Sent | Hi Glenny I loveyou |
| 139 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/22/2017 8:51:40 AM(UTC-4) | Network: 10/22/2017 8:51:39 AM(UTC-4) | Read | Yes |
| 140 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/22/2017 8:51:14 AM(UTC-4) | | Sent | Are you OK? Can you get new id'$ for a woman age 30 and one about 40 |
| 141 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/22/2017 8:48:10 AM(UTC-4) | Network: 10/22/2017 8:47:37 AM(UTC-4) | Read | I don't have |
| 142 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/22/2017 8:46:18 AM(UTC-4) | | Sent | |
| 143 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/22/2017 8:31:31 AM(UTC-4) | | Sent | I need the name he his booked under at the jail. |
| 144 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/22/2017 8:24:39 AM(UTC-4) | Network: 10/22/2017 8:24:38 AM(UTC-4) | Read | Send me text msj with the msg you use |
| 145 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/22/2017 8:20:20 AM(UTC-4) | Network: 10/22/2017 8:20:19 AM(UTC-4) | Read | Jejeje |
| 146 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/22/2017 7:37:32 AM(UTC-4) | | Sent | I miss your dad |
| 147 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/22/2017 7:36:50 AM(UTC-4) | | Sent | Ok |
| 148 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/22/2017 7:36:30 AM(UTC-4) | Network: 10/22/2017 7:36:31 AM(UTC-4) | Read | Let's me get out the bathroom |
| 149 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/22/2017 7:36:27 AM(UTC-4) | | Sent | Yes |
| 150 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/22/2017 7:36:01 AM(UTC-4) | Network: 10/22/2017 7:36:00 AM(UTC-4) | Read | You ok |
| 151 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/22/2017 7:35:25 AM(UTC-4) | | Sent | And Kelllys number |
| 152 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/22/2017 7:34:38 AM(UTC-4) | | Sent | I need Sharon a phone number |
| 153 | Inbox | From 32665 Direction: Incoming | 10/22/2017 2:24:52 AM(UTC-4) | Network: 10/22/2017 2:24:51 AM(UTC-4) | Read | Confirmed! To edit SMS preferences go to m.facebook.com/settings. To turn off SMS for your Facebook account on this mobile number reply stop. Reply help for ... |

| # | Folder | From/To & Direction | Date/Time | Network | Status | Message |
|---|---|---|---|---|---|---|
| 154 | Inbox | From 32099 Direction: Incoming | 10/22/2017 2:12:50 AM(UTC-4) | Network: 10/22/2017 2:12:50 AM(UTC-4) | Read | 40784 is your Facebook confirmation code #fb |
| 155 | Inbox | From 32099 Direction: Incoming | 10/22/2017 1:42:33 AM(UTC-4) | Network: 10/22/2017 1:42:33 AM(UTC-4) | Read | Join Facebook or confirm your mobile number https://fb.com/l/987IW0it1DGXW8 |
| 156 | Sent | To 32099 Direction: Outgoing | 10/22/2017 1:42:00 AM(UTC-4) | | Sent | 155750 |
| 157 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/22/2017 12:38:45 AM(UTC-4) | | Sent | Got it |
| 158 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/22/2017 12:38:08 AM(UTC-4) | Network: 10/22/2017 12:38:07 AM(UTC-4) | Read | 89110 |
| 159 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/22/2017 12:36:00 AM(UTC-4) | Network: 10/22/2017 12:37:59 AM(UTC-4) | Read | 856 Mantis Way #2 |
| 160 | Inbox | From 23081 Direction: Incoming | 10/21/2017 2:00:49 PM(UTC-4) | Network: 10/21/2017 2:00:47 PM(UTC-4) | Read | Total Wireless: Thanks for the refill! Try Auto-Refill and get 5% off your service each month! Go: http://d.totw.co Reply STOP to End msgs. |
| 161 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/21/2017 9:38:55 AM(UTC-4) | Network: 10/21/2017 9:38:54 AM(UTC-4) | Read | I going soon is open |
| 162 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/21/2017 9:38:29 AM(UTC-4) | Network: 10/21/2017 9:38:30 AM(UTC-4) | Read | I don't want speak this people I want listen every thing |
| 163 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/21/2017 9:36:51 AM(UTC-4) | Network: 10/21/2017 9:36:50 AM(UTC-4) | Read | I going to do when they open |
| 164 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/21/2017 9:29:52 AM(UTC-4) | Network: 10/21/2017 9:29:51 AM(UTC-4) | Read | I going to put tja |
| 165 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/21/2017 9:29:16 AM(UTC-4) | Network: 10/21/2017 9:29:16 AM(UTC-4) | Read | I have 2 |
| 166 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/21/2017 9:29:07 AM(UTC-4) | Network: 10/21/2017 9:29:06 AM(UTC-4) | Read | They be doing to much bad thing to jerry |
| 167 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/21/2017 9:29:06 AM(UTC-4) | Network: 10/21/2017 9:28:33 AM(UTC-4) | Read | I don't want the listen |
| 168 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/21/2017 9:25:44 AM(UTC-4) | Network: 10/21/2017 9:25:44 AM(UTC-4) | Read | I don't want the listen |
| 169 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/21/2017 9:25:41 AM(UTC-4) | Network: 10/21/2017 9:25:18 AM(UTC-4) | Read | But I going to send you tha I |
| 170 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/21/2017 9:24:30 AM(UTC-4) | Network: 10/21/2017 9:24:29 AM(UTC-4) | Read | e an Jerry friend don't show up. Because I have to he post to give me the other. I try to do and my own but not work |
| 171 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/21/2017 9:24:30 AM(UTC-4) | Network: 10/21/2017 9:24:28 AM(UTC-4) | Read | I got more problem with this people. When I ready was leaving for meet the man have Jerry sugar we olmost fight. I run late to the post office 5 minut |
| 172 | Inbox | From 7024825798 Glenny ** | 10/20/2017 2:37:19 PM(UTC-4) | Network: 10/20/2017 | Read | The take my cell and the product and I fight with her friend I got my cell and 3 I come to get my |

| | | | | | | |
|---|---|---|---|---|---|---|
| 173* | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/20/2017 2:33:27 PM(UTC-4) | Network: 10/20/2017 2:33:25 PM(UTC-4) | Read | I was have son problem with Ashely the one is an Geraldo room and some girls is with her |
| 174 | Inbox | From 2678318359 Amanda* Direction: Incoming | 10/20/2017 2:25:17 PM(UTC-4) | Network: 10/20/2017 2:25:15 PM(UTC-4) | Read | Hurry up. Shower & I'll suck your dick. |
| 175 | Sent | To +17024825798 Glenny ** Direction: Outgoing | 10/19/2017 6:26:17 PM(UTC-4) | | Sent | Hensonville NY. 12439 |
| 176 | Sent | To (702) 482-5798 Glenny ** Direction: Outgoing | 10/19/2017 6:18:00 PM(UTC-4) | | Sent | Mark Agotso ,91County Route 65 Apt. 4 |
| 177 | Inbox | From 7024825798 Glenny ** Direction: Incoming | 10/19/2017 6:01:38 PM(UTC-4) | Network: 10/19/2017 6:01:37 PM(UTC-4) | Read | Call me |
| 178 | Inbox | From 32099 Direction: Incoming | 10/19/2017 5:57:05 PM(UTC-4) | Network: 10/19/2017 5:57:05 PM(UTC-4) | Read | 155750 is your Messenger code to verify your phone number |
| 179 | Inbox | From 2678318359 Amanda* Direction: Incoming | 10/18/2017 10:45:09 PM(UTC-4) | Network: 10/18/2017 10:44:29 PM(UTC-4) | Read | I'm ready for you to feed me & fuck me again. |
| 180 | Sent | To (267) 831-8359 Amanda* Direction: Outgoing | 10/18/2017 10:30:47 PM(UTC-4) | | Sent | <3 |
| 181 | Inbox | From 31778 Direction: Incoming | 10/18/2017 9:40:18 PM(UTC-4) | Network: 10/18/2017 9:40:16 PM(UTC-4) | Read | Welcome to Total Wireless! Ur number is: 4847055278. Ur Last Day of Service is 11/17/2017. For self-help options, text 'HELP' to 611611. |

## User Accounts (31)

| # | User Account | Entries | Addresses | Notes | Deleted |
|---|---|---|---|---|---|
| 1 | Creation time Username: martinbonfiglio4@gmail.com Password: aas_elfAKpplNZPML6-v1Pf_OYvncxD19UPV54-ywM_KTBAYXEntW0Bazvst8Qn hmL8RvdEWc1aaoDiisQrxdNbE d7hHdl5xly4z-VLFRjwD5HTYaNcrX-tulRbr_NH4TTeRu_ihwsr82Mdxd 3S50sJNJN25-A= Service Type: com.google | | | | |
| 2 | Creation time Username: mjcollisionplus@yahoo.com Password: Service Type: com.android.email | | | | |
| 3 | Creation time Username: Messenger Service Type: com.facebook.messenger | | | | |
| 4 | Creation time Username: mjcollisionplus@yahoo.com Password: Service Type: imap | | | | |

6

B

BUCKS COUNTY DETECTIVES

**99-2018-0023**
**FILE NUMBER**

## SUMMARY-*Martin Jones(4400 Old Bethlehem Pk, Center Valley, PA 18034, 484-773-3376) interview-January 2, 2018*

On January 2, 2018, Martin Jones was taken into custody at Upper Saucon PD for a warrant for paraphernalia out of Lower Southampton PD. Detective Najera notified Jones would be at their station if I wanted to speak with him in reference to cooperating. Note that Jones also has an unfiled PWID case open out of Upper Southampton PD.

Jones had been a suspected from a previous Quakertown PD case I was involved in that he was getting methamphetamine shipped in Fed Ex from Las Vegas.

I arrived at Upper Saucon PD and met with jones in their interview room. I introduced myself to Jones and explained to him I knew much of his background and inquired if he wanted to cooperate. Jones was advised that he also has another PWID case pending. Jones agreed to provide some information.

Jones advised that he did engage in receiving 1-2 pound packages of methamphetamine from a male in Las Vegas named Jerry Geraldo-Gonzales. Jones did not have his cell phone on his person at time of arrest. He advised his old cell phone with pertinent information was in possession of Detective Najera or DEA Allentown. He advised he had spoke with Agents named "RJ" and "Jeff" previously about the same information but had not followed through up until this time in assisting them. Jones advised on that phone he had bank account numbers for "Bank Of America" in which he could deposit money into and then Gonzales would be notified of the deposit made. He would then ship the quantity of meth to Jones. Jones said that he was paying $4500-$5000 a pound. Jones would provide a specific address as where to ship the product to. Jones used various places including different residences and businesses, including U-Haul rental places.

Jones advised he had been turned to Gonzales by his sister's step-daughter named Glenys. He did not know her last name but

| DATE OF INV. | DATE DICTATED | DATE OF TRANSCRIPTION |
|---|---|---|

| SIGNATURE | REVIEWED BY | FILE NAME |
|---|---|---|

This document is the property of the Bucks County Detectives and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Mallery000171

BUCKS COUNTY DETECTIVES

99-2018-0023
FILE NUMBER

said he would also be able to order methamphetamine from her. He
said he would buy meth from her and have it shipped. Jones said
he would usually get it by the ounce from her but said he could
get ore because she would just get it from Gonzales. Jones said
he paid $450-$500 and ounce from her. He said the last got 2
ounces from her around Thanksgiving and had it shipped to a
family location in Syracuse NY which he did not disclose.

Jones also advised that he heard of a guy named Mark whom owns a
Summer Camp in Feasterville along Neshaminy Rd. He has a
Russian girlfriend. He advised he is selling meth for $700-$800
an ounce and also was going to let Jones ship packages there to
his summer camp he runs.

Jones advised he may be willing to cooperate further. I provided
him my card and number to contact me. I advised him I wanted him
to contact me by January 8, 2018.

On January 5, 2018, Detective Najera contacted me and advised
Jones contacted him and wants to sit down and cooperate/talk on
Monday. Jones had previously cooperated with Najera on other
cases. Najera advised he would call me if Jones actually shows
up or contacts him. I also inquired to Najera if he still had
Jones phone which he said he did. He said he did not get written
consent for it or a search warrant. I advised him of the
information Jones had in the phone. He advised he would try to
get consent from jones on Monday to have an extraction
performed.

**STATUS:**     PENDING

| DATE OF INV. | DATE DICTATED | DATE OF TRANSCRIPTION |
|---|---|---|
| | | |

| SIGNATURE | REVIEWED BY | FILE NAME |
|---|---|---|

This document is the property of the Bucks County Detectives and
is loaned to your agency; it and its contents are not to be
distributed outside your agency.

Mallery000172

3 of 3                    BUCKS COUNTY DETECTIVES

                                              **99-2018-0023**
                                              **FILE NUMBER**

**REPORTED BY:**  Det. Joshua C Mallery  1-5-18

---

| DATE OF INV. | DATE DICTATED | DATE OF TRANSCRIPTION |

---

| SIGNATURE | REVIEWED BY | FILE NAME |

This document is the property of the Bucks County Detectives and
is loaned to your agency; it and its contents are not to be
distributed outside your agency.

Mallery000173

BUCKS COUNTY DETECTIVES

**99-2018-0219**
**FILE NUMBER**

## SUMMARY

On February 13, 2018 I had opportunity to sit down and interview Jenny Jones in the Bucks County District Attorney's Office. Also present was Nick Williamson from the Public Defender's Office. Williamson was standing in for Jones original public defender, Ken Hohne.

Jones was advised in her attorney's presence that it was in her best interest to tell the truth about her knowledge of the incident and the source of the methamphetamine found in the vehicle she was in at time of arrest in Upper Southampton Township.

Jones initially was not forthcoming and spoke with Williamson privately prior to her speaking with me when providing the truth.

Jones advised she had met Marty Jones in January of 2017 in Allentown. Jones said she had been abused by her ex-boyfriend in Allentown and left their house with no money or personal items. She had been at a 7-11 and saw Marty Jones sitting in a truck there and came up to him and asked him for $1. Marty proceeded to ask her if she needed a place to say, etc. He proceeded to have her get in his truck and drove her to a Kmart and bought her a wardrobe of clothing and then took her to her house right afterwards. Marty allowed Jenny to stay there at his house at 353 Philmont Ave in Feasterville.

Once staying at the house there, Marty admitted to Jones that he was a drug dealer and told her she would become one too. Jones initially said she wanted no part to do with dealing drugs. She said in late January 2017 or February 2017, Marty wanted her to go with to pick up money owed to him for drug sales. She said he became irate with her and they began arguing. Jones said Marty pulled out a closet hanging rod and began chasing her through the house. She said he got her backed into a corner and hit her with the rod in the arm, breaking such. Jones said initially she did not go to the hospital and

| DATE OF INV. | DATE DICTATED | DATE OF TRANSCRIPTION |
|---|---|---|

| SIGNATURE | REVIEWED BY | FILE NAME |
|---|---|---|

This document is the property of the Bucks County Detectives and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Mallery000175

8

BUCKS COUNTY DETECTIVES

Marty would not take her. She said app 2 weeks after Marty hit her with the closet rod, she went to Aria Hospital where she told hospital staff she fell on rocks and hurt herself. She never reported to the police about Marty actually hitting her. I asked Jenny if she was scared of Marty to which she said she was, after initially denying being scared at the beginning of our interview. Jenny advised that (and I had confirmed on prior occasion) that Marty had assaulted her in Lehigh County in Upper Saucon in the late summer. Marty had been arrested and incarcerated briefly in Lehigh County for such. She also advised in March 2017 Marty broke her cell phone because he thought she was talking to other men. She said she did not get a new cell phone until only two weeks ago. Marty had not allowed her to have one.

I asked Jenny where the methamphetamine came from in the vehicle when she was arrested in Upper Southampton. She went on to provide the following in answers to my questions;

Jones advised that app 3 days prior to the arrest, Marty drovew her to the Bank of America in Feasterville on Street Road. There, Marty gave Jenny $2500 and wrote down an account number on a piece of paper on a bank slip. Jenny had to take the money in and deposit it into the specified account for it to be wired to Marty's meth source in Las Vegas. Jones knew the money to be for 5 ½ ounces of methamphetamine Marty was purchasing. Jones then said the day of the traffic stop and arrest she believe to be a Saturday, Marty drove her to the Feasterville Post Office where they both shared jointly PO Box 404 under names Martin Jones and Jenny Jones. There, Marty had her go in and pick up a package from their PO Box at app 1130 hours. Jones described it as being in a regular Post Office cardboard type mail envelope addressed to her. She brought it back out to Marty, whom took it home and would open it. Jones said there were individual baggies of methamphetamine. She said they were regular sandwich baggies knotted at the top and inside one yellow envelope.

| DATE OF INV. | DATE DICTATED | DATE OF TRANSCRIPTION |
|---|---|---|
| | | |

| SIGNATURE | REVIEWED BY | FILE NAME |
|---|---|---|
| | | |

This document is the property of the Bucks County Detectives and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Mallery000176

3 of 4                    BUCKS COUNTY DETECTIVES

99-2018-0219
FILE NUMBER

Jones advised that she and Marty had this PO Box for app 8 months prior to her arrest.  Jones advised she had performed the same scenario on at least 6 different occasions. She advised the other occasions were less money and only 2-3 ounces of methamphetamine purchased at a time.  She advised Marty would not accompany her into the bank or post office on any of the occasions.

*Note that Upper Saucon Detective Frank Najera has copies of 2 separate phone extractions from 2 phones Marty Jones had in Lehigh County.  Najera believes these phones have the Las Vegas contact info along with the Bank of America account information on them. Arrangements will be made to pick up copies of such extractions.*

Jones did admit she knew Marty was selling the meth, but did not know his customers. She advised he kept that to himself and did not help him distribute it.

I asked Jones if she ever met his source in Las Vegas. She said that she did not ever meet them.  She said on one occasion Marty and she had been driving to Las Vegas to go meet the source.  She advised Marty had controlled her medication and would not give it to her. She said on the way, she became upset and in the area of Richmond, Virginia, she jumped out of their vehicle. She said she had a nervous breakdown and went to a cashier at a gas station to call an ambulance. An ambulance came and picked her up and transported her to a hospital she believed was called "Reed". She said Marty left her there and continued to Las Vegas. On his way back 7 days later, he came back through and picked her up and took her home.

Jones also indicated that a female relation of his family had also been a source of methamphetamine from Las Vegas as well but she knew limited details of.

I advised Jones and her attorney that the case was goingto be investigated further and reviewed with my supervisor and the DA handling the case(Kohler). I also advised her that I would be

| DATE OF INV. | DATE DICTATED | DATE OF TRANSCRIPTION |
|---|---|---|
| | | |

| SIGNATURE | REVIEWED BY | FILE NAME |
|---|---|---|
| | | |

This document is the property of the Bucks County Detectives and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Mallery000177

Ref: 3045828 pg 51 of 83 for MARTIN JONES



4 of 4                    BUCKS COUNTY DETECTIVES

99-2018-0219
FILE NUMBER

continuing to investigate the assault allegation with the closet
bar.

I had also had knowledge from her attorney that Marty Jones
had come with her on this day and was sitting out in the lobby
area of the CJC. I asked Jones if she felt safe leasving with
Marty to which she said she would be OK. I adviseed her to tell
Marty that she would not cooperate at this point and told the
police nothing.

Jones trial date was continued to the near future.

**STATUS:**    PENDING
**REPORTED BY:**  Det. Joshua C Mallery  2-18-18

| DATE OF INV. | DATE DICTATED | DATE OF TRANSCRIPTION |
|---|---|---|

| SIGNATURE | REVIEWED BY | FILE NAME |
|---|---|---|

This document is the property of the Bucks County Detectives and
is loaned to your agency; it and its contents are not to be
distributed outside your agency.

Mallery000178



1 of 1                          BUCKS COUNTY DETECTIVES

**99-2018-0219**
**FILE NUMBER**

## SUMMARY-*Martin Jones cell phone*

On February 20, 2018 I received a copy of a phone extraction
from Upper Saucon Detective, Frank Najera from a cell phone
belonging to Martin Jones. I copied the extraction and placed it
on file with this case file.

On this date, I located contacts for Jerry Geraldo-Gonzales
(702-241-5529, 702-538-4569, 702-762-1907), "Glenny" (702-482-
5798, 702-510-2955) and the name of Glenys Cabral Jimenez.
Conversation appeared consistent with being the persons Jenny
Jones advised Martin would deal with in Las Vegas. There was
also an address provided to Jones, possibly to send money to of
856 Mantis Way #2 with 89110 zip code. I searched that address
via mapping and did locate such address in Las Vegas area.

I also located an address in New York state; Mark Agosto, 91
County Rte 65, Apt 4, Hensonville, NY 12439 where it appears
Jones had Vegas connects ship product to.

Also there was talk in the phone about sending money to Vegas
with Western Union or Moneygram.

Also over the past week I received information requested from
USPS Agent Cotelia Bond for PO Box 404 in Feasterville. It
showed multiple packages received to that PO Box from Las Vegas
in mid 2017 ranging from a half pound to 2 pounds. Bond advised
that there is no longer postal video from those dates.

I provided Bond the names above so she could attempt to see if
they were still actively sending packages anywhere.

**STATUS:**     PENDING
**REPORTED BY:**   Det. Joshua C Mallery  3-12-18

---

DATE OF INV.          DATE DICTATED          DATE OF TRANSCRIPTION

---

SIGNATURE             REVIEWED BY            FILE NAME

This document is the property of the Bucks County Detectives and
is loaned to your agency; it and its contents are not to be
distributed outside your agency.

Mallery000179

1 of 1

BUCKS COUNTY DETECTIVES

**99-2018-0219**
**FILE NUMBER**

## SUMMARY

On March 15, 2018 Cotelia Bond-Young from USPS emailed back and advised that only one package was delivered to the address I provided her in New York. She advised the address in Las Vegas had no packages shipped from it.

Due to the fact that there is no video from either the Feasterville Post Office and Las Vegas post office long with no actual packages intercepted, there will be no further active investigation at this point into Jones and his Las Vegas connect.

I conferred with DDA Kohler and it was agreed upon that Marty Jones would now be charged for the 5 ounces of methamphetamine from the September traffic stop. I will co-sign complaint once prepared.

**STATUS:** PENDING
**REPORTED BY:** Det. Joshua C Mallery 3-21-18

| DATE OF INV. | DATE DICTATED | DATE OF TRANSCRIPTION |
|---|---|---|

| SIGNATURE | REVIEWED BY | FILE NAME |
|---|---|---|

This document is the property of the Bucks County Detectives and is loaned to your agency; it and its contents are not to be distributed outside your agency.

10

EXIBIT

B

No, 11 THRU 13

13 pages

**Address & description:** 4400 Old Bethlehem Pk, Center Valley, PA 18034 (Upper Saucon Twp)

---

### TARGET INFORMATION
### Biographical Information & Photo



Martin Jones  8-1-62

---

### Criminal History

EXTENSIVE history dating back to 1982 to include assaults, burglary, theft, drugs, firearms

### WEAPONS

**None reported by cooperating parties, felon not to possess**

*/ /*



# Drug Strike Force
# Ops Plan

| Case #: 99-2018-0219 | Detective: Mallery | | Supervisor: DC Mosiniak |
|---|---|---|---|
| Briefing Date: 4-11-18 | Briefing Time: 1530 | | |
| Briefing Location: Upper Saucon Township Police | | | |
| Ops Plan Prepared by: Mallery | | Approved by: | |
| Controlled Buy: | Search Warrant: | | Arrest Warrant: XX |

## CASE BACKGROUND/MISSION

Martin Jones had been the operator of a vehicle in September 2017 in Upper Southampton Township, Bucks County in which 5 ounces of methamphetamine had been recovered. Initially, passenger, Jenny Jones was arrested for the methamphetamine. Martin Jones was let go. After further investigation over the past few months, it was determined indeed that Martin Jones was the primary possessor of the methamphetamine and had been responsible for having pounds of methamphetamine shipped from Las Vegas to the Bucks County area.

The mission in April 11th will be for Officer Kaminski to meet Detective Mallery at Quakertown P] and obtain arrest warrant for Martin Jones at app 1445 hours. Mallery, Kaminski and Detective Marsaglia will then travel to Upper Saucon PD and brief with Detective Frank Najera whom is familiar with Martin Jones and his residence. Surveillance will be set up in area to determine if Martin is home. (Martin works at a body shop in the Hellertown area believed in daytime busine hours. If Martin is home, Detective Najera and Mallery will knock on the door in pain clothes an make contact with Martin. Upper Saucon patrol, Officer Kaminski, and Detective Marsaglia will cover perimeter. If Martin is there, Officer Kaminski and Detective Marsaglia will move in and place Martin under arrest.

Detective Najera will make general observations if inside the residence and if probable cause exists, possibly obtain a search warrant or consent to search.

Martin will be requested to waive his Lehigh arraignment(sign off) and be transported to Quakertown PD(or possibly Upper Southampton PD pending time constraints) for Livescan and video arraignment at 2000 hours. Officer Kaminski will take care of all transports in a caged vehicle.

# DECLARATION BY CUSTODIAN OR OTHER QUALIFIED PERSON PURSUANT TO PA.R.E. 902(11): DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

## IN ACCORDANCE WITH PENNSYLVANIA RULE OF EVIDENCE 902(11):

Institution name: United States Postal Inspection Service

Records Custodian Name/Title: Cotelia Bond-Young /Postal Inspector

Institution Mailing Address: 1000 W Valley Rd.

Southeastern PA 19399

Email for Records Custodian: Cbond-Young @ USPIS.Gov

## I HEREBY CERTIFY THE FOLLOWING:

1. The attached documents are original or duplicate copies of one or more memoranda, reports, records, and/or data compilations, in any form, of acts, events, or conditions, made at or near the time by, or from information transmitted by, a person with knowledge of such matters;

2. Said memoranda, reports, records, and/or data compilations were kept in the course of the regularly conducted activity of a business, institution, association, profession, occupation or any other calling;

3. Said memoranda, reports, records, and/or data compilations were made by such regularly conducted activity as a regular practice of the business, institution, association, profession, occupation or any other calling; and

I verify that the facts set forth in this Declaration are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Pennsylvania Crimes Code, 18 Pa. C.S.§ 4904, relating to unsworn falsification to authorities.

Date: 6/28/18

Signature

Cotelia Bond-Young

Name (Please PRINT)

12

IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA : CP-09-CR-0004070-2018
: CP-09-CR-0004071-2018
: CP-09-CR-0004069-2018
: CP-09-CR-0004062-2018
: CP-09-CR-0000691-2018

V.                                                    :

**MARTIN JONES**                        : **ATTORNEY I.D. 69706**

## OMNIBUS PRETRIAL MOTION

TO THE HONORABLE COURT:

AND NOW, comes the Commonwealth by its Deputy District Attorney, M. Kate
Kohler, Esquire, respectfully represents the following:

1. On Criminal Information No. 4070-2018, the defendant, Martin Jones, is
   charged with Possession with Intent to Deliver a Controlled Substance, 35
   Pa.C.S.A. §780-113 (a)(30), Criminal Conspiracy to commit the same, and
   related offenses.

2. On Criminal Information No. 4071-2018, the defendant, Martin Jones, is
   charged with Intimidation of a Witness, 18 Pa.C.S.A. §4952 (a)(2), and related
   offenses; that witness being his co-defendant in case numbers 4070-2018 and
   4062-2018.

3. On Criminal Information No. 4062-2018, the defendant, Martin Jones, is
   charged with Possession of a Firearm by a Prohibited Person, 18 Pa.C.S.A.
   §6105 (a)(1) and Criminal Conspiracy with Jenny Jones to commit the same,
   and related offenses.

4. On Criminal Information No. 4069-2018, the defendant, Martin Jones, is

/3

charged with Possession of a Firearm by a Prohibited Person, 18 Pa.C.S.A. §6105 (a)(1).

5. On Criminal Information No. 691-2018, the defendant, Martin Jones, is charged with Possession of a Controlled Substance, 35 Pa.C.S.A. §780-113 (a)(16).

6. On Criminal Information No. 7481-2017, the co-defendant, Jenny Jones has pled guilty to Criminal Conspiracy to commit Possession with Intent to Deliver. Her sentencing has been deferred so that she may cooperate in the instant matters.

7. On Criminal Information No. 4067-2018, the co-defendant, Jenny Jones is charged with and intends to plead guilty to Criminal Conspiracy to commit Possession of a Firearm by a Prohibited Person and related offenses.

8. The charges on Criminal Informations 7481-2017 and 4070-2018, arose from criminal acts that occurred in Upper Southampton Bucks County on September 1, 2017 whereby the Commonwealth alleges that defendant Martin Jones along with his co-defendant Jenny Jones possessed 145.53g of Methamphetamine with the intent to distribute it. Martin Jones was stopped in his vehicle while Jenny Jones was the passenger. While Martin was speaking with officers outside of the vehicle, Jenny Jones was observed to be pushing a blue bag, which was on the floor of the truck, under the seat. Inside that bag, among other things was a large quantity of methamphetamine and a scale with residue. Upon finding these drugs, all occupants were detained and Jenny Jones screamed to Martin Jones, "They found the blue bag!" Ms. Jones then took ownership of everything in that bag and was arrested. It was later learned during an interview with Ms. Jones and her attorney that Martin Jones would drive her to the bank and give her money to go deposit/transfer into an account for the purchase of methamphetamine. He would then drive her to a P.O. Box at the Feasterville Post Office and have her go pick up the package of methamphetamine when it was delivered from his connection in Las Vegas. Martin Jones would have these

packages sent with Jenny Jones' name so that Martin Jones wouldn't be tied to it if it was discovered. Jenny Jones stated that Martin Jones would then sell that methamphetamine. This has occurred on multiple occasions and the blue bag found in the vehicle on 9/1/17 was methamphetamine they had picked up from the post office that day. Ms. Jones stated that on 9/1/17, the police inadvertently gave Martin Jones back some methamphetamine that he had put in a false Axe body spray container. Ms. Jones indicated that she is terrified of Martin Jones because of her past violent experiences with him and that is why she claimed ownership over the drugs found by police. Martin Jones was arrested on these charges on April 11, 2018.

9. The charges on Criminal Information 4071-2018, arose from criminal acts that occurred on or about April 2018 to the present, in Doylestown, Bucks County whereby the Commonwealth alleges that defendant Martin Jones, after being arrested on the Possession with Intent to Deliver charges and incarcerated at the Bucks County Correctional Facility, made numerous phone calls to his cooperating co-defendant Jenny Jones directing her to "keep [her] mouth shut" and not to testify against him, among other things. It was recently learned that the defendant also continues to contact Jenny Jones while in the prison by sending females he sees in the dispensary to give her messages that he loves her and/or not to testify in addition to communicating to her through a mutual friend.

10. The charges on Criminal Information 4062-2018 and 4067-2018, arose from criminal acts that occurred in Milford Township, Bucks County whereby the Commonwealth alleges that when defendant Martin Jones was arrested on the Possession with Intent to Deliver charges above, he had a sawed-off shot gun bolt located on his person. Located in defendant's camper was the shot gun with a missing bolt that matched the one found on his person. Co-defendant Jenny Jones had been attempting to hide this weapon from police. Also found in

13

defendant's camper was a spare Remington 12 gauge barrel, AR-15 ammo clips, gun parts and gun cleaning supplies, ammunition for the shot gun in addition to .40 caliber, .45 caliber and .410 caliber ammunition, a spring assisted knife, marijuana and methamphetamine. Defendant is a person not to possess.

11. The charges on Criminal Information 4069-2018, arose from criminal acts that occurred in Lower Saucon Township, Northampton County whereby the Commonwealth alleges that defendant Martin Jones possessed an AR-15 rifle and hid it in his tool cabinet at his place of employment. Defendant is a person not to possess.

12. The charges on Criminal Information 691-2017, arose from criminal acts that occurred on December 25, 2015 in Lower Southampton, Bucks County whereby the Commonwealth alleges that defendant Martin Jones possessed 10.82g of methamphetamine. These drugs were recovered from his bedroom where he was living prior to meeting his current co-defendant Jenny Jones.

# MOTION FOR CONSOLIDATION OF INFORMATIONS FOR SINGLE TRIAL

13. The Commonwealth incorporates paragraphs 1-12 by reference.

14. The charges on Informations 4070-2018, 4071-2018, 4069-2018 and 4062-2018 involve many of the same witnesses.

15. The charges on Informations 4070-2018, 4071-2018, 4069-2018 and 4062-2018 arise from the same act, transaction, or series of acts or transactions.

16. The consolidation of these cases for trial would be in the interest of the efficient administration of justice in that court time would be saved; witnesses would be spared needless inconvenience; and the judicial, prosecutorial and defense resources would be conserved.

17. The Commonwealth recognizes that Informations 4069-18 and 4062-18 would involve severable offenses and is therefore agreeing to sever these two Informations from the others however is requesting that they be consolidated with each other.

18. Pennsylvania Criminal Procedure Rule 582(a)(1) allows the Court to join offenses charged in separate indictments if evidence of each of the offenses would be admissible in a separate trial for the other and is capable of separation by the jury so that there is no danger of confusion or the offenses charged are based on the same act or transaction.

19. The Commonwealth believes and therefore avers that evidence of each offense would be admissible in a separate trial for the other and is capable of separation by the jury such that there is no danger of confusion.

20. Furthermore, the Commonwealth believes and therefore avers that the offenses charged are based on the same course of conduct.

WHEREFORE, the Commonwealth respectfully requests Informations 4070-2018 and 4071-2018 and separately 4069-2018 and 4062-2018 be consolidated for purposes of a single trial to be scheduled on a future date of this Honorable Court's choosing.

## MOTION TO ADMIT OTHER CRIMES WRONGS OF ACTS

21. The Commonwealth incorporates paragraphs 1-20 by reference.

22. As a rule of inclusion, evidence of "other crimes, wrongs or acts" may be admitted pursuant to Rule 404 of the Pennsylvania Rules of Evidence for purposes other than demonstrating criminal propensity, including, but not limited to, proving Defendant's motive, opportunity, intent, plan, knowledge, identity, and lack of mistake or knowledge. Commonwealth v. Reid, 811 A.2d

/3

530 (Pa. 2002).

23. The Commonwealth intends to introduce prior crimes, wrongs, or acts for the purposes of proving Defendant's motive, identity, knowledge, plan, common scheme, and intent.

24. Evidence of prior bad acts, while generally not admissible, may be admitted for other purposes, such as such as proof of motive, opportunity, intent, plan, preparation, knowledge, identity, or absence of mistake or accident. Pa.R.E. Rule 404(b)(2); *see also* Commonwealth v. Miller, 541 Pa. 531, 664 A.2d 1310 (Pa. 1995); Commonwealth v. Peer, 454 Pa.Super. 120, 684 A.2d 1077 (1996); Commonwealth v. Rivera, 409 Pa.Super. 120, 597 A.2d 690 (1991); Commonwealth v. Frank, 395 Pa.Super. 412, 577 A.2d. 609 (1990).

25. "Another 'special circumstance' where evidence of other crimes may be relevant and admissible is where such evidence was part of the chain or sequence of events which became part of the natural development of the facts." Commonwealth v. Lark, 518 Pa. 290, 303 (Pa. 1988) (internal citations omitted).

26. "This special circumstance, sometimes referred to as the 'res gestae' exception  to the general proscription against evidence of other crimes, is also known as the 'complete story' rational, i.e., evidence of other criminal acts is admissible 'to complete the story of the crime on trial by proving its immediate context or happenings near in time and place.'" Id. citing McCormick, Evidence, § 190 (1972 2d ed.); Carter v. United States, 549 F.2d 77 (8th Cir. 1977); United States v. Weeks, 716 F.2d 830 (11th Cir. 1983); see also Commonwealth v. Coyle, 415 Pa. 379, 389-91, 203 A.2d 782, 787 (1964) (evidence of other crimes admissible as these crimes were interwoven with crimes for which defendant was being prosecuted).

27. The Commonwealth intends to admit testimony from Stephanie Dias who would state that she met the defendant in March of 2016 and lived with him from

August of 2016 through December of 2016. During that time, the defendant spoke to her about his methamphetamine dealing and she participated in selling with him and he would give her drugs in return. He had packages of methamphetamine shipped via US mail from Las Vegas in her name to various locations. She also advised the defendant possessed guns and she has seen him with an AR-15, which he allowed her to fire into the ceiling of his home. This evidence is admissible to establish the lack of accident or mistake, knowledge, plan, motive and the intent of the defendant to sell the methamphetamine found in his vehicle in addition to combat the assertion that the drugs are all the co-defendants.

28. The Commonwealth intends to admit the entirety of the defendant's drug dealing activities between himself and his co-defendant, Jenny Jones as evidence of "Other Crimes, Wrongs, or Acts" and/or res gestae. The Commonwealth intends to introduce this evidence, as outlined in summary in paragraph 8, through the testimony of the co-defendant with supporting documentation provided by Detective Joshua Mallery and Detective Frank Najera.

29. The Commonwealth intends to introduce evidence in the Possession with Intent to Deliver and Intimidation cases of the defendant's possession of weapons and his prior abuse of his co-defendant to explain why she was scared of him and initially took the blame for all of the drugs. Since credibility is at issue, this evidence is necessary to demonstrate one of the reasons why lied to police initially. Jenny Jones met with investigators and detailed episodes of repeat mental and physical abuse at the hands of the defendant. She also described how the defendant introduced and injected methamphetamine into her veins twice a day since the day she met him. Finally, she described how despite the no contact order in place by the courts, despite being charged with witness Intimidation against her and being in prison, he is still contacting her to tell her not to testify.

13.

Defendant has sent females he sees in the dispensary at the prison back to give his co-defendant messages that he loves her and not to testify, clearly an attempt to taint/prevent her testimony and continuing the intimidation.

30. The Commonwealth intends to introduce evidence of the fact that defendant possessed methamphetamine as outlined in paragraphs 10 & 12 above. This evidence will be used to establish that the defendant did not possess the methamphetamine in this case by accident or mistake and was not surprised, as he claimed on video to the police that there was methamphetamine in his car and that co-defendant Jenny Jones was a meth user.

31. Where the evidence is relevant, "the mere fact that testimony may be prejudicial will not prevent its introduction into evidence." Commonwealth v. Hall, 523 Pa. 75, 85, 565 A.2d 144, 149 (1989), quoted in Commonwealth v. Gelber, 406 Pa. Super. 382, 594 A.2d 672 (1991). The admissibility of such evidence, however, is within the sound discretion of the trial court whose decision will not be overturned absent a showing that the court abused its discretion. Commonwealth v. Claypool, 508 Pa. 198, 495 A.2d 176 (1985); Commonwealth v. Odum, 401 Pa. Super. 8, 584 A.2d 958 (1990).

32. Finally, the Commonwealth believes and, therefore, avers that the aforementioned evidence is essential to complete the story of the crime on trial by providing its immediate context of happenings near in time and place. Commonwealth v. Lark, supra. Without the above described evidence the Commonwealth will not be able to present a full context for the Defendant's actions and motivations for the jury's consideration.

WHEREFORE, the Commonwealth respectfully requests that the Court permit the introduction of the "Other Crimes, Wrongs, or Acts" and/or subsequent bad acts and/or res

/3

gestae evidence as set forth above pursuant to Rule 404 of the Pennsylvania Rules of Evidence and existing case law on res gestae evidence.

Respectfully Submitted:

M. Kate Kohler
Deputy District Attorney
Bucks County District Attorney's Office
100 North Main Street
Doylestown, PA 18901

Date: 8/30 , 2018

13

EXIBIT
C

NO. 14 THRU 22

13 Pages

# Upper Saucon Police Department
## Incident Report Form

**US-18-00159**
**1/10/2018**
**Assist Agency**

| COMMENTS / NARRATIVES | | |
|---|---|---|

Title
**SUPPLEMENTAL**

| Narrative Created By / Creation Date | 02/21/2020 | Narrative Updated By / Update On | 02/21/2020 |
|---|---|---|---|
| **FRANCISCO NAJERA** | | **FRANCISCO NAJERA** | |

Narrative Approved By / Approved Date

**DATE:** 21FEB2020

**SUBJECT:** Martin W. JONES

USPD FORM 171, signed by Martin W. Jones, was labeled as DSC# US-18-00152 in error. The form should have been documented as DSC# US-18-00159.

| **US-18-00159** | **1/10/2018** | ☒ | APPROVED BY: **DANE CARROLL** | PAGE 3 |
|---|---|---|---|---|
| IRF 1.6 | | | APPROVED ON: **1/10/2018** | |

NAJERA 042

| PART I | SUBMITTED TO | LC DCL(1-2014) | LEHIGH COUNTY REQUEST FOR FORENSIC ANALYSIS |
|---|---|---|---|

**TYPE OF ANALYSIS**

☑ CELL PHONE
☐ COMPUTER
☐ GPS UNIT
☐ CAMERA
☐ GAME CONSOLE
☐ EXTERNAL MEDIA
☐ OTHER/HAND HELD DEVICE
☐ VIDEO/AUDIO
☐ ALL OTHER

CF-18-00006

LAB NUMBER

1. SUBMIT REPORT TO (INVESTIGATING AGENCY'S NAME AND ADDRESS)

2. INVESTIGATOR'S NAME, RANK, BADGE NO. (TYPE/PRINT)
DET. FRANK NAJERA / #012

**TELEPHONE NO.** 610/282.3064

**EMAIL ADDRESS** fn12@custpd.org

3. INCIDENT NO. US-18-00152

4. SUBSEQUENT SUBMISSION ☐

5. PROP. INV. NO.

6. DATE OCCURRED 10JAN2018

7. OFFENSE TITLE 35

8. LOCATION (CITY - TWP - BORO) UPPER SAUCON TOWNSHIP

9. COUNTY LEHIGH

10. VICTIM C.W.P.

11. ACCUSED/SUSPECT NAME MARTIN JONES

☑ ACCUSED   ☐ SUSPECT   ☐ WITNESS

| 12. PROP. INV. ITEM NO. | PART II 13. | EVIDENCE INFORMATION DESCRIPTION |
|---|---|---|
| 1 | ZTE CELLPHONE | S/N: 329F66835073 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

14. REMARKS/ADDITIONAL INFORMATION

**PART III** — CHAIN OF CUSTODY

| 15. ITEM(S) | 16. DATE | 18. RELINQUISHED BY |
|---|---|---|
| TRANSFERRED 1 | 1/10/18 | |
| | 17. TIME 0915 | 19. RECEIVED BY |
| ITEM(S) TRANSFERRED 1 | DATE 1/10/18 | RELINQUISHED BY |
| 1 | TIME 1430 | RECEIVED BY |

LABORATORY

NAJERA 037

15

## Summary

| | |
|---|---|
| UFED Physical Analyzer version | 6.5.0.232 |
| Report creation time | 1/10/2018 2:07:11 PM -05:00 |
| Time zone settings (UTC) | (UTC-05:00) New_York (America) |
| Case number | US-18-00152 |
| Case name | CF-18-00008 |
| Evidence number | 1 |
| Examiner name | Campbell |
| Department | Upper Saucon Township Police |
| Location | David M. Petzold Digital Forensics Laboratory of Lehigh County |
| Notes | Physical Extraction of ZTE Z717VL cellphone & SD Card |

## Source Extraction

| Physical | |
|---|---|
| Extraction start date/time | 1/10/2018 9:33:30 AM(UTC-5) |
| Extraction end date/time | 1/10/2018 10:59:33 AM |
| Unit Identifier | 295634895 |
| UFED Version | 6.5.0.702 |
| Internal Version | 4.7.7.702 |
| Selected Manufacturer | ZTE CDMA |
| Selected Device Name | Z717VL Citrine |
| Connection Type | Cable No. 100 |
| Extraction Type | Physical |
| Extraction ID | C3C9E522-2699-4ECD-AAE6-A998AFAF5727 |

## Device Information

| Name | Value |
|---|---|
| Physical | |
| Bluetooth device name | Z717VL |
| Bluetooth MAC Address | 90:C7:D8:3B:BB:EE |
| Android ID | 963a79318eed1665 |
| Android fingerprint | ZTE/Z717VL/lavender:5.1.1/LMY47V/20160816.052426:user/release-keys |
| Detected Phone Vendor | ZTE |
| OS Version | 5.1.1 |
| Detected Phone Model | Z717VL |
| Phone Activation Time | 10/19/2017 1:36:20 AM(UTC+0) |
| Bluetooth MAC Address | 90:C7:D8:3B:BB:EE |
| Locale language | en |
| Country Name | US |
| Time Zone | America/New_York |
| Mock locations allowed | False |
| Location Services Enabled | True |
| ICCID | 89148000003199477980 |
| IMSI | 310008504565605 |
| Advertising Id | 0777a154-97fc-4941-ae7d-7eb9ba899655 |
| MSISDN | 4847055278 |

Mallery000001    2

16

CF-18-00006



**Upper Saucon Township Police Department**
**5500 Camp Meeting Road**
**Center Valley PA 18034**
**610-282-3064**                    DSC# US-18-00152

# CONSENT TO SEARCH COMPUTER AND ELECTRONIC MEDIA

I, MARTIN JONES , hereby authorize the Officers of the Upper Saucon Police Department and any other persons so designated by the department to search the premises located at: N/A and conduct a complete search of my computer(s), serial number(s), ZTE MODEL Z717VL S/N:329F66835073 with other identifiers, and any electronic storage devices and all removable computer media devices and peripherals associated with my referenced computer(s). A bit stream copy of any and all devices may be made, for further analysis, retrieved from the complete search of any and all information obtained or derived from the search. The search is to include all areas of the hard drive, and removable media, whether password protected or encrypted, including but not limited to, hidden partions, directories, and files, erased files, deleted files, files marked for deletion, slack space, and unallocated space on the drive and other electronic storage devices and media.

I further authorize the above members of the Upper Saucon Police Department to remove, take with them, retain custody over and search any property in connection with the copying and/or searching of the information sought by police including but not limited to, referenced computer(s) and all storage devices and removable media(s) associated with described computer(s) and peripherals, provided I am subsequently given a receipt for anything that is removed.

I also affirmatively represent that I am the lawful owner of the above described computer(s) and/or associated property, and I have possession and control over it for the purpose of the this consent search. I give this consent freely and voluntary without fear, threat, coercion, or promise of any kind. I give this consent with full knowledge of my constitutional right to refuse or give my consent for the removal and search of the aforementioned item, a right which I am waiving by signing this consent. I can excercise these rights at any time and my consent can be withdrawn during the search and seizure of these items.

Date 1/10/18        Time 0857

Consenting party's signature

Printed name and date of birth MARTIN JONES

Search Conducted by Najera / Campbell

Witness's

Form 171

NAJERA 038

17

# Upper Saucon Police Department

## Incident Report Form

**US-18-00159**
**1/10/2018**
**Assist Agency**

| COMMENTS / NARRATIVES | | |
|---|---|---|

Title
**SUPPLEMENTAL**

| Narrative Created By / Creation Date | 02/21/2020 | Narrative Updated By / Update On | 02/21/2020 |
|---|---|---|---|
| **FRANCISCO NAJERA** | | **FRANCISCO NAJERA** | |

Narrative Approved By / Approved Date

**DATE:** 21FEB2020

**SUBJECT:** Martin W. JONES

USPD FORM 171, signed by Martin W. Jones, was labeled as DSC# US-18-00152 in error. The form should have been documented as DSC# US-18-00159.

| US-18-00159 | 1/10/2018 | ☒ APPROVED BY: **DANE CARROLL** | PAGE 3 |
|---|---|---|---|
| IRF 1.6 | | APPROVED ON: **1/10/2018** | |

NAJERA 042

*18*

# Upper Saucon Police Department
## Incident Report Form

**US-18-00159**
01/10/2018
**Assist Agency**

**COMMENTS / NARRATIVES**

Title
**INVESTIGATIVE REPORT**

| Narrative Created By / Creation Date | 01/10/2018 | Narrative Updated By / Update On | 01/10/2018 |
|---|---|---|---|
| **FRANCISCO NAJERA** | | **FRANCISCO NAJERA** | |

Narrative Approved By / Approved Date

**DATE:** 10JAN2018

**SUSPECT(S):** Martin W. JONES

**SUBJECT:** Agency Assist / Cellphone Download

Bucks County Detective Joshua MALLERY requested that I obtain consent from Martin W. JONES for the download of his cellphone. JONES's cellphone was in the custody of the Lehigh County Drug Task Force as a result of his Title 35 arrest.

I met with JONES this morning and obtained written consent (for the cellphone download) and advised him that his phone will be available for pickup at USPD headquarters.

NOTE(S): JONES' cellphone did not have a "hold" on it. It had been at DTF headquarters as a result of his November 8, 2017 arrest. JONES had requested that his phone be returned and I obtained the phone from DTF evidence and was holding it until JONES's arrival. He has since expressed a desire to cooperate with authorities in furthering a narcotics investigation and I referred him to MALLERY. As a result, MALLERY requested that the cellphone be downloaded.

The cellphone was downloaded at the David M. Petzold Digital Forensics Laboratory of Lehigh County and was assigned case number CF-18-00006.

---

NAJERA 036

/8

Ref: 3204904 pg 52 of 58 for MARTIN JONES

# Upper Saucon Police Department
## Incident Report Form

**US-18-00159**
01/10/2018
**Assist Agency**

### Primary Officer: FRANCISCO NAJERA - FN12

| | | | | |
|---|---|---|---|---|
| ☐ Juvenile Involved | ☑ Investigation | ☐ Video Available | ☐ Gang Related | ☐ Paperless |
| ☐ Domestic Related | ☐ Suspects | ☐ Bias Crime | ☐ Accident | ☐ Administrative |
| ☐ Alcohol Involved | ☐ Arrests Made | ☑ Drugs Involved | ☐ Ready for DA / Prosecutor | ☐ Alarm Activated |

| Log Number | Incident Number | File Number | Case Number | UCR |
|---|---|---|---|---|
| US-18-00159 | | RO | | |

| Incident Type | Dispatcher | Source | District | Status |
|---|---|---|---|---|
| **Assist Agency** ASSIST | | SELF | 3 | CID |

**Incident Date / Times**   Incident Occurred At or Between

| Date Received | Day Rec'd | Rcvd | Disp | Arrv | Clrd | Earliest Date and Time | Latest Date and Time |
|---|---|---|---|---|---|---|---|
| 01/10/2018 | Wednesday | 0900 | 0900 | 0900 | | | |

| Disposition | Cleared by Exception | ☐ Suspended |
|---|---|---|
| CLOSED | | |

| UCR Clearance | UCR Occur Date | UCR Clear Date | UCR Count | UCR Human Traffic Code | UCR HT Count |
|---|---|---|---|---|---|
| | | | | | 0 |

**Location**   ☐ Intersection

5500   CAMP MEETING ROAD SR2049
CENTER VALLEY   PA   18034

| Cross Street | |
|---|---|
| GPS Loc X | GPS Loc Y |

| Municipality: | | |
|---|---|---|
| Business Name | Premise Code | Arson Value |

| Gang | Weather |
|---|---|

| Modus Operandi Coding | Victim: |
|---|---|
| Entry: | Property: |
| Exit: | Area: |
| Method: | Time of Day: |

**WEAPON USED:**

| Caller / Complainant Type | Normal ☐ | Anonymous ☐ | Hangup ☐ | Refused ☐ |
|---|---|---|---|---|

### INVOLVED PERSONS

**INVOLVED PERSON**   CODE: INV-P

| Name (Last, First, Middle) - Address | Juvenile | Date of Birth | Age | Race | Sex | Ethnic | Social Security Number |
|---|---|---|---|---|---|---|---|
| JONES, MARTIN WILLIAM | ☐ | | 55 | W | M | N | |
| 4400 OLD BETHLEHEM PIKE SR2047 LOT 150 | Weight 240 | Height 600 | Hair GRY | Eyes BRO | Phone Number (484) 773-3376 | | |
| CENTER VALLEY PA 18034 | Driver License Number 19853962 | | | State PA | Class | Expiration Date | |
| | ID Provided | | | ID Detail | | | |

**Link Comments**

### RESPONDING / INVOLVED UNITS, OFFICERS, TIMES

| Division | Supervisor / ID |
|---|---|

| Unit Number | Officer / ID (Ofcr1 / Ofcr2) | | Officer / ID (Ofcr3 / Ofcr4) |
|---|---|---|---|
| | FRANCISCO NAJERA | FN12 | |

| US-18-00159 | 01/10/2018 | ☐ | APPROVED BY: | PAGE 1 |
|---|---|---|---|---|
| IRF 1.6 | | | APPROVED ON: | |

NAJERA 035

18

Ref: 3204904 pg 51 of 58 for MARTIN JONES

# UPPER SAUCON TOWNSHIP PD
## Incident Report Form

**US-17-05034**
11/08/2017
**Assist Agency**

| COMMENTS / NARRATIVES | | | |
|---|---|---|---|
| Title | | | |
| 118 | | | |

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| **ROGER MILLER** | 11/08/2017 | **ROGER MILLER** | 11/08/2017 |

Approved By / On

Detective F. Najera USPD #12 requested marked patrol Units stop a black Chrysler Coupe PA: JPH-6844, operated by wanted person Martin Jones. He was listed for a failure to appear violation in J-Net from District Court 31-3-03. Mr. Jones also was in the area of a known drug exchange block.

I Sgt. R. Miller stopped Jones after checking Penn Dot records while following the vehicle confirming as registered to the same. Upon contact, I requested Jones show his hands at the driver widow placing them out of the door. I handcuffed him from the vehicle for safety with exiting cuffing extraction. As I placed one cuff on him to his right hand, he reached to the front area of his body with the left hand not in my view now. I immediately corrected his action verbally and he put his hand back to cuff. However, he is seen trying to access his right shirt breast pocket in the car camera. Just after cuffing I checked him for weapons, I immediately saw a vinyl purse type bag hand size in his left front pocket containing glass pipes commonly used to smoke methamphetamine. I told him I saw the methamphetamine pipes. He said he found them and they are not his.

Detective Najera resumed the control of Jones and conducted a drug investigation. He ultimately was charged with drug paraphernalia and sent to Lehigh County Central Booking under the a no known current address drug charge / wanted person hit. His car was towed by Grant's Automotive for safety.

*Arrest DTF*
*by Knl*

| | | | Approved By: | | PAGE 3 |
|---|---|---|---|---|---|
| **US-17-05034** | **11/8/2017** | ☐ | Approved On: | | |
| IRF 1.6 | | | | | |

NAJERA 003

/9

Ref: 3204904 pg 19 of 58 for MARTIN JONES

LCR391-00975690 NCIC 20180102 16:33:42 20180102 16:33:41 0249053401
1N0102490534012QWA
PA0391100
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.

*Driscoll*

MKE/WANTED PERSON
EXL/C - EXTRADITION - SURROUNDING STATES ONLY
ORI/PA0090800 NAM/JONES, MARTIN WILLIAM SEX/M RAC/W POB/PA
DOB/█████████ HGT/600 WGT/240 EYE/BRO HAI/GRY FBI/743523X5
MNU/0A-PA14789324 SOC/████████
OLN/19853962 OLS/PA OLY/2018
OFF/DANGEROUS DRUGS -  SEE MIS
DOW/20180102 OCA/38132
WNO/DIS707171113
MIS/LEO/BROOKES, STEPHEN#INT POSS CONTR SUBST BY PER NOT REG
DNA/N
ORI IS LOWER SOUTHAMPTON TWP PD FEASTERVILLE 215 357-1235
AKA/BONELLI, RAYMOND
AKA/JONES, MARTIN
AKA/JONES, MARTIN W
NIC/W372779796 DTE/20180102 1349 EST DLU/20180102 1349 EST
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

US-18-  00159

20

CF-18-00006



**Upper Saucon Township Police Department**
**5500 Camp Meeting Road**
**Center Valley PA 18034**
**610-282-3064**                    DSC# US-18-00152

# CONSENT TO SEARCH COMPUTER AND ELECTRONIC MEDIA

I, MARTIN JONES , hereby authorize the Officers of the Upper Saucon Police Department and any other persons so designated by the department to search the premises located at:  N/A
and conduct a complete search of my computer(s), serial number(s),
ZTE MODEL Z717VL  S/N:329F66835073  with other identifiers, and any electronic storage devices and all removable computer media devices and peripherals associated with my referenced computer(s). A bit stream copy of any and all devices may be made, for further analysis, retrieved from the complete search of any and all information obtained or derived from the search. The search is to include all areas of the hard drive, and removable media, whether password protected or encrypted, including but not limited to, hidden partions, directories, and files, erased files, deleted files, files marked for deletion, slack space, and unallocated space on the drive and other electronic storage devices and media.

I further authorize the above members of the Upper Saucon Police Department to remove, take with them, retain custody over and search any property in connection with the copying and/or searching of the information sought by police including but not limited to, referenced computer(s) and all storage devices and removable media(s) associated with described computer(s) and peripherals, provided I am subsequently given a receipt for anything that is removed.

I also affirmatively represent that I am the lawful owner of the above described computer(s) and/or associated property, and I have possession and control over it for the purpose of the this consent search. I give this consent freely and voluntary without fear, threat, coercion, or promise of any kind. I give this consent with full knowledge of my constitutional right to refuse or give my consent for the removal and search of the aforementioned item, a right which I am waiving by signing this consent. I can excercise these rights at any time and my consent can be withdrawn during the search and seizure of these items.

Date  1/10/18          Time  0857

Consenting party's signature

Printed name and date of birth    MARTIN  JONES

Search Conducted by   Najera / Campbell

Witness's

Form 171

NAJERA 038

Ref: 3204904 pg 54 of 58 for MARTIN JONES

CF-18-00006



Upper Saucon Township Police Department
5500 Camp Meeting Road
Center Valley PA 18034
610-282-3064                                    DSC# US-18-00152

## CONSENT TO SEARCH COMPUTER AND ELECTRONIC MEDIA

I, MARTIN JONES_____, hereby authorize the Officers of
the Upper Saucon Police Department and any other persons so designated by the
department to search the premises located at:_____N/A_____
and conduct a complete search of my computer(s), serial number(s),_____
ZTE MODA Z717VL  S/N:329F66835073  with other
identifiers, and any electronic storage devices and all removable computer media
devices, and peripherals associated with my referenced computer(s). A bit stream
copy of any and all devices may be made, for further analysis, retrieved from the
complete search of any and all information obtained or derived from the search. The
search is to include all areas of the hard drive, and removable media, whether
password protected or encrypted, including but not limited to, hidden partions,
directories, and files, erased files, deleted files, files marked for deletion, slack space,
and unallocated space on the drive and other electronic storage devices and media.

I further authorize the above members of the Upper Saucon Police
Department to remove, take with them, retain custody over and search any property in
connection with the copying and/or searching of the information sought by police
including but not limited to, referenced computer(s) and all storage devices and
removable media(s) associated with described computer(s) and peripherals, provided I
am subsequently given a receipt for anything that is removed.

I also affirmatively represent that I am the lawful owner of the above
described computer(s) and/or associated property, and I have possession and control
over it for the purpose of the this consent search. I give this consent freely and
voluntary without fear, threat, coercion, or promise of any kind. I give this consent with
full knowledge of my constitutional right to refuse or give my consent for the removal
and search of the aforementioned item, a right which I am waiving by signing this
consent. I can excercise these rights at any time and my consent can be withdrawn
during the search and seizure of these items.

Date  1/10/18                    Time   0857

Consenting party's signature _____

Printed name and date of birth   MARTIN JONES

Search completed by   Najeve / Campbell

Witness

2/5

CF-18-00006



**Upper Saucon Township Police Department**
**5500 Camp Meeting Road**
**Center Valley PA 18034**
**610-282-3064**                                    DSC# US-18-00152

## CONSENT TO SEARCH COMPUTER AND ELECTRONIC MEDIA

I, MARTIN JONES , hereby authorize the Officers of the Upper Saucon Police Department and any other persons so designated by the department to search the premises located at: N/A and conduct a complete search of my computer(s), serial number(s), THE MORE Z717VL S/N 329F66835073 with other identifiers, and any electronic storage devices and all removable computer media devices and peripherals associated with my referenced computer(s). A bit stream copy of any and all devices may be made, for further analysis, retrieved from the complete search of any and all information obtained or derived from the search. The search is to include all areas of the hard drive, and removable media, whether password protected or encrypted, including but not limited to, hidden partions, directories, and files, erased files, deleted files, files marked for deletion, slack space, and unallocated space on the drive and other electronic storage devices and media.

I further authorize the above members of the Upper Saucon Police Department to remove, take with them, retain custody over and search any property in connection with the copying and/or searching of the information sought by police including but not limited to, referenced computer(s) and all storage devices and removable media(s) associated with described computer(s) and peripherals, provided I am subsequently given a receipt for anything that is removed.

I also affirmatively represent that I am the lawful owner of the above and am the and/or associated property, and I have possession and control of above of the this consent search. I give this consent freely and without threat, coercion, or promise of any kind. I give this consent with the intentional right to refuse or give my consent for the removal of items of them, a right which I am waiving by signing this at any time and my consent can be withdrawn these items.

Time  0857

_[signature]_

MARTIN JONES

_/ Campbell_

Exhibit B

1 of 1                    BUCKS COUNTY DETECTIVES

**99-2018-0219**
**FILE NUMBER**

## SUMMARY-*Martin Jones cell phone*

On February 20, 2018 I received a copy of a phone extraction
from Upper Saucon Detective, Frank Najera from a cell phone
belonging to Martin Jones. I copied the extraction and placed it
on file with this case file.

On this date, I located contacts for Jerry Geraldo-Gonzales
(702-241-5529, 702-538-4569, 702-762-1907), "Glenny" (702-482-
5798, 702-510-2955) and the name of Glenys Cabral Jimenez.
Conversation appeared consistent with being the persons Jenny
Jones advised Martin would deal with in Las Vegas.  There was
also an address provided to Jones, possibly to send money to of
856 Mantis Way #2 with 89110 zip code. I searched that address
via mapping and did locate such address in Las Vegas area.

I also located an address in New York state; Mark Agosto, 91
County Rte 65, Apt 4, Hensonville, NY 12439 where it appears
Jones had Vegas connects ship product to.

Also there was talk in the phone about sending money to Vegas
with Western Union or Moneygram.

Also over the past week I received information requested from
USPS Agent Cotelia Bond for PO Box 404 in Feasterville. It
showed multiple packages received to that PO Box from Las Vegas
in mid 2017 ranging from a half pound to 2 pounds. Bond advised
that there is no longer postal video from those dates.

I provided Bond the names above so she could attempt to see if
they were still actively sending packages anywhere.

## STATUS:    PENDING
## REPORTED BY:   Det. Joshua C Mallery  3-12-18

| DATE OF INV. | DATE DICTATED | DATE OF TRANSCRIPTION |
| --- | --- | --- |
| SIGNATURE | REVIEWED BY | FILE NAME |

This document is the property of the Bucks County Detectives and
is loaned to your agency; it and its contents are not to be
distributed outside your agency.

Exhibit A

Mallery000210

22-9



EXĬBI

D

NO. 23 THRU 24

52 pages

# UPPER SAUCON TOWNSHIP POLICE DEPARTMENT
## PRISONER DETENTION RECORD

LOG #: US-17-05058    DATE: 11/7/2017  ARRESTING OFFICER: F. Najera #12

NAME: Martin William Jones  DOB: _____  ASSISTING OFFICER: R. Miller #9
                                                                K. Williamson #29

ARREST INFORMATION (CHARGES): Title 35 Act 64

## CELL BLOCK & TEMPORARY HOLDING RECORD

HOLDING AREA: ☐ CELL #1  ☒ CELL #2  ☐ CELL #3  ☐ BOOKING AREA (BA)  ☐ INTERVIEW ROOM (IR)

TWENTY-MINUTE CHECKS OF CELL & HOLDING AREA (RECORD INITIALS & TIME)

| :20 | :40 | 1:00 | 1:20 | 1:40 | 2:00 | 2:20 | 2:40 | 3:00 | 3:20 | 3:40 | 4:00 | 4:20 | 4:40 | 5:00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PHONE CALL: _____  TIME _____    FOOD/DRINK: WATER  TIME: 1.5 hrs.

LOCATION: USPD HQ   LOCATION:          LOCATION:          LOCATION:
TIME IN: 2215        TIME IN:           TIME IN:           TIME IN:
TIME OUT:            TIME OUT:          TIME OUT:          TIME OUT:
REASON:             REASON:            REASON:            REASON:

VIDEO MONITORING: ☒YES ☐NO    OFFICER(S) WEAPONS SECURED: ☐YES ☒NO (Solo)
HOLDING AREA CHECKED FOR CONTRABAND PRIOR TO PRISONER: ☒YES ☐NO   POST PRISONER: ☒YES ☐NO
DETAINEE IN TEMPORARY HOLDING AREA PHYSICALLY ATTENDED: ☒YES ☐NO

## PRISONER PROPERTY INVENTORY RECORD

INSTRUCTIONS: Please print clearly. Fill out completely. Enter N/A or draw a line through blocks not needed. Upon release, offer copy to detainee & forward original to records. Use reverse side if more space is needed.

1. (9x) 1.00 bills          6. Phone cellular       11. gift card
2. (5x) 20.00 bills         7. screw driver         12. Hat - cloth
3. (2x) 100 bills           8. butane               13. Small Flashlight
4. Assorted Coins           9. (2x) Massagers       14. Keys
5. wallet / Assorted        10. sockets             15. Handcuff key Seized
   Cards                     Methamphetamine
STORAGE OF PRISONER PROPERTY IN TEMPORARY PRISONER PROPERTY LOCKER

TIME PLACED IN LOCKER: 2320   VERIFYING DETAINEE SIGNATURE: Kyle Wil #29

RELEASE OF PRISONER PROPERTY

TIME REMOVED FROM LOCKER: 0235   DATE/TIME PROPERTY RELEASED: 11/8/17  Kyle Wil

DETAINEE SIGNATURE or SIGNATURE OF TRANSFER FACILITY PERSONNEL: _____
Yellow items to Ja.

## MEDICAL EVALUATION (EXPLAIN ABNORMALTIES IN SUPPLEMENTAL REPORT)

| CURRENT HEALTH | ☒ NORMAL  ☐ ILL  ☐ INJURED  ☒ COMPLAINS OF PAIN  ☐ OTHER: |
|---|---|
| BEHAVIOR (STATE OF CONSCIOUSNESS OR MENTAL STATUS) | ☒ NORMAL  ☐ DISORIENTED  ☐ CONFUSED  ☐ WITHDRAWN  ☐ INTOXICATED  ☐ VIOLENT  ☐ OTHER: possibly narcotic use prior to contact |
| BODY DEFORMITIES, TRAUMA MARKINGS, BRUISES, ETC. | ☐ NONE  ☒ LIST: Numerous Tattoos |
| MEDICATIONS | ☒ NONE  ☐ LIST: |

Form 138 Revised February 25, 2011                83                     NAJERA 004

**UPPER SAUCON TOWNSHIP POLICE DEPARTMENT**
**PRISONER DETENTION RECORD**

LOG #: US-17-05033   DATE: 11/7/2017   ARRESTING OFFICER: KW29

NAME: Amanda L Greiser   DOB: _____   ASSISTING OFFICER: RM9, FN12

ARREST INFORMATION (CHARGES): Title 42, Section 9135

## CELL BLOCK & TEMPORARY HOLDING RECORD

| HOLDING AREA: | ☐ CELL #1 | ☐ CELL #2 | ☒ CELL #3 | ☐ BOOKING AREA (BA) | ☐ INTERVIEW ROOM (IR) |
|---|---|---|---|---|---|

TWENTY-MINUTE CHECKS OF CELL & HOLDING AREA (RECORD INITIALS & TIME)

| Ku29 2355 | Ku29 | Ku29 | Ku29 | Ku29 | Ku29 | Ku29 | Ku29 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| :20 | :40 | 1:00 | 1:20 | 1:40 | 2:00 | 2:20 | 2:40 | 3:00 | 3:20 | 3:40 | 4:00 | 4:20 | 4:40 | 5:00 |

PHONE CALL:_____   TIME_____   FOOD/ DRINK:_____   TIME:_____

LOCATION: USPD HQ   LOCATION:_____   LOCATION:_____   LOCATION:_____
TIME IN: 2335   TIME IN:_____   TIME IN:_____   TIME IN:_____
TIME OUT:_____   TIME OUT:_____   TIME OUT:_____   TIME OUT:_____
REASON:_____   REASON:_____   REASON:_____   REASON:_____

VIDEO MONITORING: ☒YES ☐NO   OFFICER(S) WEAPONS SECURED: ☐YES ☐NO
HOLDING AREA CHECKED FOR CONTRABAND PRIOR TO PRISONER: ☒YES ☐NO   POST PRISONER: ☒YES ☐NO
DETAINEE IN TEMPORARY HOLDING AREA PHYSICALLY ATTENDED: ☒YES ☐NO

## PRISONER PROPERTY INVENTORY RECORD

INSTRUCTIONS:  Please print clearly.  Fill out completely.  Enter N/A or draw a line through blocks not needed.  Upon release, offer copy to detainee & forward original to records.  Use reverse side if more space is needed.

1. Earings
2. 2 rings
3. Leather Jacket
4. Zip up sweat shirt
5. Purse left in car
   cwcl

6. 2 hand cuff key 1 (seized)
7. Belt
8.
9.
10.

11.
12.
13.
14.
15.

11/8/17 Yellow vent to Jail STORAGE OF PRISONER PROPERTY IN TEMPORARY PRISONER PROPERTY LOCKER

TIME PLACED IN LOCKER: 2335.   VERIFYING DETAINEE SIGNATURE: 11/7/17 Kyl Wit #27

### RELEASE OF PRISONER PROPERTY

TIME REMOVED FROM LOCKER: 0235   DATE/TIME PROPERTY RELEASED: 11/8/17 Kyl Wit #27

DETAINEE SIGNATURE or SIGNATURE OF TRANSFER FACILITY PERSONNEL: _____

## MEDICAL EVALUATION (EXPLAIN ABNORMALTIES IN SUPPLEMENTAL REPORT)

| CURRENT HEALTH | ☒ NORMAL ☐ ILL ☐ INJURED ☐ COMPLAINS OF PAIN ☐ OTHER: |
|---|---|
| BEHAVIOR (STATE OF CONSCIOUSNESS OR MENTAL STATUS) | ☒ NORMAL ☐ DISORIENTED ☐ CONFUSED ☐ WITHDRAWN ☐ INTOXICATED ☐ VIOLENT ☐ OTHER: Possible narcotic use prior to contact |
| BODY DEFORMITIES, TRAUMA MARKINGS, BRUISES, ETC. | ☒ NONE ☒ LIST: Numerous tattoos |
| MEDICATIONS | ☒ NONE ☐ LIST: |

Form 138 Revised February 25, 2011

NAJERA 019

23-1.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF EASTERN Pennsylvania

Martin MK Jones ___,

PETITIONER

VS.

Joshua Mallesy
Frank Najesa

RESPONDENT

NO: 19-CV-4678

Plaintiff's Statement of Disputed
Factual Issues & Declaration opposition
Defendant's motion for summary Judgment

## VERIFICATION

The facts set forth in the foregoing are true and correct to the best of the
undersigned's knowledge, information, and belief and are verified subject to the
penalties for unsworn falsification to authorities under Pennsylvania Crimes Code 4904
(**28 U.S.C. § 1746**).

No Notary
Required

Respectfully Submitted,

Date: 2-13-2022

_motion Jwn_
(signature)

Martin MK Jones - MV4778

Civil Action # 19-CV-4678

Marshall & Dennehey
4905 West Tilghman St.
Allentown, PA. 18104

Law Dept.
County of Bucks
55 E. Court St.
Doylestown, PA. 18901

Service by _First Class_ Mail:
(First Class/ Certified)

Service by _First Class_ Mail:
(First Class/ Certified)

Clerk of Court
US Court House
601 Market St., Room 2609
Phila, PA. 19106-1797

Service by _First Class_ Mail:
(First Class/ Certified)

Service by _____ Mail:
(First Class/ Certified)

Service by _____ Mail:
(First Class/ Certified)

Service by _____ Mail:
(First Class/ Certified)

Date: 2-13-2022

Smart Communications/PA-DoC
Sci-Camp hill
Martin W. Jones NN4778
PO Box 33028
St. Petersburg, FL.
33733

MWh M Jun.

Martin W. Jones - NN4778

Plaintiff's Statement of Disputed Factual
issues & Declaration opposition Defendant's
Motion for Summary Judgment

Martin M. Jones
MY-4778
SCI-Camphill
PoBox 8837
2500 Lisburn RD.
Camphill, PA
17001



RECEIVED
FEB 22 2022

Clerk of Courts

US COURTHOUSE

601 Market St.

Room 2609

Phila., PA.

19106-1797

U.S.M.S.
X-RAY.

INMATE MAIL

US POSTAGE PARTNERS HOMES
ZIP 17011
02.4W
0000375947FEB 16 2022
$009.25°