IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN W. JONES, Plaintiff<br>v.<br>FRANK NAJERA, And Joshua MALLERY, Defendants | CIVIL ACTION<br>No. 19-4678<br>MOTION To Amend, Notice of Appeal on July 12, 2023 |

MOTION TO AMEND, NOTICE of APPEAL on July 12, 2023.

Plaintiff is asking the Federal Courts permission to Amend his NOTICE of Appeal, from 7-12-2023, that his attorney filed. The final thing she could do for Plaintiff, She chose the wrong Order. The Order entered on 11-12-2023 (ECF No. 42), Is not Appealable Plaintiff was granted leave to file a Amended complaint, which he did. That whole Order was DISMISSED with prejudice. Exept for Plaintitt to Amend complaint, which he did.

Respectfully Submitted
Martin W Jones
NN4778
Sci-Phoenix
1200 Mokychic Dr.
Collegeville, PA.
19426

Dated: October 3, 2023
Attached Corrected Notice of Appeal



IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN W. JONES, Plaintiff, v. FRANK NAJERA, and JOSHUA MALLERY, Defendants | CIVIL ACTION No. 19-4678 |

NOTICE OF APPEAL

Notice is hereby given that Plaintiff Martin W. Jones appeals to the United States Court of Appeals for the Third Circuit (1) the Order entered on August 16, 2022 (ECF 73) granting Mallery's Motion for Summary Judgment. (attached hereto as Exhibit A): and (2) the Order and Judgment entered on June 29, 2023 (ECF No. 143) entering judgment for Defendant and closing the case (attached Exibit B).

Dated: October 3, 2023

Respectfully Submitted

Martin W. Jones NN4718
SCI-Phoenix
1200 Mokychic Dr.
Collegeville, PA 19426

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARTIN JONES,

*Plaintiff,*

v.

FRANK NAJERA and JOSHUA MALLERY,

*Defendants.*

CIVIL ACTION
NO. 19-4678

**ORDER**

**AND NOW**, this 16th day of August 2022, upon consideration of Defendant Frank Najera's Motion for Summary Judgment (ECF 71), Defendant Joshua Mallery's Motion for Summary Judgment (ECF 73, 74) Plaintiff Martin Jones' Statement of Disputed Factual Issues and Declaration in Opposition to Defendant's Motion (ECF 89), and Plaintiff's Motion for Damages (ECF 81) it is hereby **ORDERED** that:

1. Najera's Motion for Summary Judgment (ECF 71) is **DENIED.**
2. Mallery's Motion for Summary Judgment (ECF 73) is **GRANTED.**
3. Jones' Motion (ECF 81) is **DENIED without prejudice** as premature.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN W. JONES, | : | CIVIL ACTION |
| v. | : | No. 19-4678 |
| FRANK NAJERA. | : | |

**CIVIL JUDGMENT**

Before the Honorable Gerald J. Pappert,

AND NOW, this 29th day of June, 2023, in accordance with the verdict of the Jury,

IT IS ORDERED that Judgment is hereby entered in favor of the defendant Frank Najera and against plaintiff Martin W. Jones as to the violation of Jones's Fourth Amendment right not to be subjected to an unreasonable search.

BY THE COURT

ATTEST:

*/s/ Katie Rolon*
Katie Rolon
Deputy Clerk to the
Honorable Gerald J. Pappert

Civ 1 (3/18)

Smart Communications/PADOC
SCI- Phoenix
Name Martin W. Jones
Number NN4778
PO Box 33028
St Petersburg FL 33733

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

neopost
10/05/2023
US POSTAGE $000.87º
FIRST-CLASS MAIL
ZIP 19426
041M12252211

Office of The Clerk
U.S. Courthouse
601 Market St,
Room 2609
Phila, PA.
19106-1797

X-RAY
U.S.M.S.

RECEIVED
OCT 10 2023
BY: